```
FILED - USDC -NH          UNITED STATES DISTRICT COURT
2022 SEP 23 PM 3:23         DISTRICT OF NEW HAMPSHIRE
```

Rochelle Pouget

Plaintiff(s)

v.

Kysa Crusco, Philip Cross, Derek Coburn, Salem Five Bank, Harmon Law offices

Defendant(s)

COMPLAINT

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Rochelle Pouget
20 Lincoln Drive
New Boston, NH 03070
603-213-1741

Defendant(s)'s Name, Address and Phone Number

Kysa Crusco - GAL/Attorney Family Courts NH - Multiple Districts

Philip Cross - Referee in Family Courts in NH - Multiple Districts

Derek Coburn - c/o Attorney John Bisson
Chestnut St. Manchester, NH

Salem Five Bank - c/o Harmon Law offices

Harmon Law Offices 150 California St.
Newton, MA 02458

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

1) I filed a motion to intervene in Probate Court which has yet to be decided.

2) I filed an Ex Parte in Superior Court and the judge has not granted or dismissed my Motion for a Restraining Order against 26 people including, but not limited to Jane E. Young, John Coughlin County Attorney, Chief Brace, Kysa Crusco, Patricia Murphy, Philip Cross, Bruce Dalpra, Derek Coburn, Salem Five, Paul Moore, Suzanne Gorman and Mark Putney. My house will be auctioned Monday Sept. 26th if my request is not granted and my daughter and I will be homeless w/ no family in this state.

3) I filed an Ex Parte in Superior Court to change the Motion for Restraining order to an emergency Ex Parte Motion, so that a decision would be made before the auction & it was denied.

4) Please refer to the attached Criminal Complaint + affidavit - both of which have been notarized.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: _____

Signature: _____