FILED - USDC -NH
2022 SEP 23 PM 3:29

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rochelle Pouget and Danielle Coburn
Plaintiff(s)

v.

Case No. _____

Kysa Crusco, Philip Cross, Derek Coburn, Salem Five Bank
Defendant(s) and Harmon Law Offices

MOTION TO/FOR **Emergency Restraining Order**
(enter title of motion)

1. I would like the court to grant an order restraining Harmon Law office + Salem Five from foreclosing and/or auctioning my marital residence, 20 Lincoln Dr. New Boston, NH 03070, until a hearing is held where I can present evidence of Fraud, Obstruction of Justice, Neglect, Abuse, etc.

2. I would like the court to restrain Kysa Crusco & Philip Cross from having any contact w/ my ~~daughter~~ or me or any involvement in ~~my future~~ any court (Motions or Decision) regarding ~~my daughter~~ and/or our home.

Auction is set for Monday Sept 26th, 2022

Date: 9/23/22

Signature: Rochelle Pouget

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☑ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

Not sure what is required, so don't have one.

USDCNH-101 (Rev. 12/1/21)

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: 9/23/22

Signature: *Rochelle Pouget*

Name: Rochelle Pouget

Address:

Phone:

Email:

USDCNH-101 (Rev. 12/1/21)