# Proposed Order for Relief

1. I request monetary relief in the amount of $300,000.00 from Kysa Crusco and Philip Cross, in order to save our home from foreclosure/Auction, and for the abuse my daughter and I have suffered over the years from the Civil Violations and felonious crimes allegedly committed by Kysa Crusco, Philip Cross, and others.

2. I request that Kysa Crusco and Philip Cross be restrained from any involvement in filing Motions pertaining to ████████ and/or decisions on any Motions pertaining to ████████, myself, and/or my marital residence.

3. I request that Derek Coburn be restrained from having any contact, ████████ with me and/or ██ my marital residence.

4. I request that Salem Five and/or Harmon Law offices be restrained from foreclosing on my marital home and/or auctioning it off.

5. And grant such relief as this court deems necessary.