UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rochelle Pouget

    v.                                     Case No. 22-cv-382-SE

Kysa Crusco, et al

ORDER

Complaint Filed: September 23, 2022

Summons Issued:  September 23, 2022

    The Court has not received proof indicating that timely effective service was made on the defendants. In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice unless, on or before January 18, 2023, the plaintiff demonstrates that there is good cause for the failure to make timely effective service or that the court should grant an extension of time to complete effective service.

    SO ORDERED.

By the Court,

_SDElliott_
_____
Samantha D. Elliott
United States District Judge

Date: January 3, 2023

cc: Rochelle Pouget, pro se

(Rev. 10/14)