UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2023 JAN 18 AM 10:56

Rochelle Pouget
Plaintiff(s)

v.

Case No. 22-CV-382-SE

Kysa Crusco, et al
Defendant(s)

MOTION TO/FOR Motion To Extend Time for Service
(enter title of motion)

I am a Pro Se Litigant on permanent Medical Disability due to PTSD, Anxiety, Depression, Tinnitus, Deafness and balance issues. I was so triggered by the malfeasance in my case (divorce/custody/Probate), that I was in the middle of extreme emotional distress, when I filed the Motion. I thought the entire thing was dismissed, which is why I didn't file anything else. → see attached for additional information

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: January 18, 2023

Rochelle Pouget
Signature

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

USDCNH-101 (Rev. 12/1/21)

Page 1 of 2

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: 1-18-23

Signature: Rochelle Pouget
Name: Rochelle Pouget
Address: 20 Lincoln Drive
New Boston, NH 03070

Phone: 603-213-1741
Email: teacher88r@gmail.com

I would like to request additional time to execute service based on my mistake as a pro se litigant under extreme stress and because I found additional information regarding crimes that have been committed against my daughter and me including, but not limited to multiple violations of my daughter's Constitutional Rights and mine and there are several judges, marital masters, Referee's, Court Clerks, Attorneys, Guardian ad Litems, psychologists, law enforcement officers, etc., involved in the crimes and violations.

I have contacted Kathleen Zellner Law offices and I'm seeking counsel to represent my daughter and me in the largest kidnapping for profit scheme being committed against children in NH and their unsuspecting good parents who used to have faith in the justice system.

Rochelle Pouget (and on behalf of my daughter as well)