FILED - USDC -NH
2023 APR 13 A 10:35

## U.S. District Court

## District of New Hampshire
## 55 Pleasant Street
## Concord, NH 03301
## https://www.nhd.uscourts.gov/

Case Name: Pouget v. Crusco et al

Case Number: 1:22-cv-00382-SE

### MOTION TO AMEND COMPLAINT

I, Rochelle Pouget, pro se litigant and Plaintiff, am filing this Motion to Amend on my own behalf and I am a person authorized by court rules to appear on behalf of my minor child. I am filing this Motion on behalf of my minor child as well.

The facts supporting this Motion are:

1. In September 2022, when there were pending Motions in Probate Court, Superior Court, and Federal Court, my lender Salem Five in collusion with Harmon Law Offices, engaged in Real Estate Fraud and intentionally listed my marital residence in the Union Leader under the wrong last name and they intentionally referenced the wrong deed and then sold my marital residence in an auction.

2. In addition to referencing the incorrect deed and last name, they also approved a loan modification, but used the wrong last name and date and expected me to sign the documents as is. When they were given a chance to correct the last name and remove my deceased ex-husband from the loan, which should have been done, had the Quit Claim Deed that was Court Ordered to remain in Escrow, made its way to the Goffstown Courthouse when Attorney Patricia A. Murphy retired, which was after it was fraudulently registered.

3. I was standing in the Probate Courthouse begging Salem Five to wait for due process, but they auctioned it off anyway and humiliated my minor daughter in the process. They listed my old (married) last name in the Union Leader which is my daughter's last name and she's a freshman in high school. A parent from her soccer team and friend from town approached us and informed us she saw the notice of foreclosure in the paper.

4. I tried to get the proper authorities to investigate Real Estate Fraud, but County AG (whose wife was the Hillsborough County Registrar at the time) has refused to do so. I have been begging for an investigation into the Real Estate Fraud issue and to have my entire divorce case re-opened and investigated properly, according to skill levels, training, experience, and protocols of the investigators, since 2014.

5. I have sent Kysa Crusco, Patricia A. Murphy, Philip Cross, the NBPD, County AG John Coughlin, the Hillsborough County Registrar's Office, the Hillsborough County Sheriff's Office, DOJ, AG, Public Integrity Unit and many others a list of questions to help me understand why my Constitutionally protected Parental Rights were removed when I had not committed a crime and why some of them have engaged in Real Estate Fraud to help my husband (financially) who was making approximately $250k when I filed for divorce and I was a stay-at-home mom recovering from extreme anxiety after just having helped my teenage son through cancer and a stem cell transplant at Dartmouth Hitchcock Medical Center in Lebanon, while I was teaching Special Education at Goffstown Highschool and driving back and forth to Lebanon each day because I spent the night in the hospital with my son to help him. I had no income when I filed for a divorce and I was immediately cut off from all of our marital income when my husband took his paycheck and redirected it to a private account that I had no access to. In addition, he immediately cashed out his $90+k pension and approximately $25k worth of our stocks. He had plenty of money to drag out the divorce and pay his attorney and the GAL, and that is exactly what he did. He did not have to pay child support or temporary alimony during the entire 2-year divorce and then they needlessly extended that for another 6 months after the divorce after they stole my child from me by providing false sworn affidavits to the Courts in a hearing I wasn't even properly notified to attend, that was not an emergency. The only response I get is that it is a Civil issue, which is not true. The crimes committed against my daughter and me are felonies and federal violations of the Constitution and they intentionally did what they did to my daughter and me and they all profited from trying to destroying my heart, credibility, career, mental health, 30+ years of my good credit history, and they have sold our home from underneath us, rather than allow due process.

6. I am aware that the defendants have a lot of power. They also know a great deal about the law that I have not learned yet. I have to represent myself and my minor child because the attorneys I've contacted have conflicts and/or other cases with some of the defendants, and I can't afford to hire a high-powered attorney to stop this corruption and malfeasance that has infiltrated the lower courts and certain law enforcement agencies. Their intentional and deplorable greedy actions are harming innocent children and the parents who love them and have a RIGHT to protect them from being abused, without being targeted to help certain Referee's repair their image after they were impeached. That is

what multiple attorneys and I'm hearing the bank commissioner have admitted is going on here and they have known about it for ten years.

With this Motion to Amend, I request the following:
A. That defendants listed in this case should include, Chief Brace of the NBPD, Sgt. Loveless of the NBPD, the Town of New Boston, Hillsborough County AG John Coughlin, GAL/Attorney Kysa Crusco, retired Attorney Patricia A. Murphy, Referee Philip Cross, Francis Nolan Harmon Law Offices, Ping Yin Chai Salem Five, and 20 Lincoln Drive, LLC.
B. And Grant any other relief that this Court feels is necessary and just.

With GREAT RESPECT for the Constitution of the United States of America, I submit this request.

Respectfully,

*Rochelle Pouget*
Rochelle Pouget
Pro Se Litigant on behalf of myself and my minor child
20 Lincoln Drive
New Boston, NH 03070


I state that on this date, April 13nd, 2023, I am providing the following people a copy of this Motion to Amend electronically to the emails I have on file for them and I am mailing a copy to them through the U.S. Mail: Chief Brace of the NBPD, Sgt. Loveless of the NBPD, the Town of New Boston, Hillsborough County AG John Coughlin, GAL/Attorney Kysa Crusco, retired Attorney Patricia A. Murphy, Referee Philip Cross, Francis Nolan Harmon Law Offices, Ping Yin Chai Salem Five, and 20 Lincoln Drive, LLC.


April 13, 2023

Rochelle Pouget

*Rochelle Pouget*
Pro Se Litigant