FILED - USDC -NH
2023 APR 13 AM10:35

## U.S. District Court

## District of New Hampshire
55 Pleasant Street
Concord, NH 03301
https://www.nhd.uscourts.gov/

Case Name: Pouget v. Crusco et al

Case Number: 1:22-cv-00382-SE

### MOTION TO COMPEL

I, Rochelle Pouget, pro se litigant and Plaintiff, am filing this Motion to Amend on my own behalf and I am a person authorized by court rules to appear on behalf of my minor child. I am filing this Motion on behalf of my minor child as well.

The facts supporting this Motion are:

1. Multiple felonious crimes and violations of my daughter's Constitutional Rights and mine have been committed against us by those who should have protected us and investigated DV according to the protocols outlined by the State of NH, training, skill levels, and experience.
2. In order to prove some of the crimes against us, I have requested the following items and have been met with great resistance in the lower courts: The Original unedited videos from Chief Brace's computer, Sgt. Daniel Aiken's computer, and/or any computer at the NBPD that were downloaded prior to being intentionally edited and muted while video was still playing by employees at the NBPD, that Dick Tracy should have used in his investigation, but apparently he felt there was no "logical reason" why Chief Brace would tamper with them. I requested the Original Body Cam recordings of me from January 26th, 2023 (2) and the one from February 1, 2023 and I have yet to receive them. There is evidence of police abuse, obstruction of justice, and fraud on the videos.
3. I have put in multiple FOIA requests and they are being delayed. I sent one to the DOJ in November 2022 and they sent me a letter stating I would receive the information I requested in March 2023. Then they sent me a letter stating I would receive the information in April 2023 instead. There should be no reason for the delay, they have an IT department and I requested copies of email exchanges between many of the defendants named in this complaint.

With this Motion to Amend, I request the following:

A. That the Original Videos from Dick Tracy's investigation of the NBPD tampering with lobby surveillance videos and audio after I had multiple conversations with Sgt. Aiken and Chief Brace in the lobby of the NBPD and was requesting assistance with DV, be released to me in their entirety.

B. That the Original Body Cam recordings of me from January 26, 2023 (2) be released to me without any edits or cuts.

C. That Officer Wynkoop and Officer Marmostein of the NBPD be required to transcribe their own Body Cam footage and that the name of the person who transcribed the transcription I received of the January 26th, 2023 incident be provided to me.

D. That the Original Body Cam footage of me from February 1, 2023 (in its entirety) and a transcribed copy be released to me immediately and I have already put in a request for Officer Tim Loveless and Chief Brace to resign immediately and I've put in a request to the County AG John Coughlin to arrest them immediately for intentionally tampering with videos and audio to obstruct justice, which has caused my daughter and me irreparable emotional, psychological, financial, sexual, and physical harm, over the past ten years of our lives, while they smirked and laughed in my face and bullied me, because they had the power to do so and they enjoy abusing said power, especially against women who are assertive enough to call them out on their crimes like Office Alexandra Drake, Officer Jennifer Watson, Olivia Achokitis and I have done for ten years.

E. And Grant any other relief that this Court feels is necessary and just.

With GREAT RESPECT for the Constitution of the United States of America, I submit this request.

Respectfully,

Rochelle Pouget
Pro Se Litigant on behalf of myself and my minor child
20 Lincoln Drive
New Boston, NH 03070

I state that on this date, April 13nd, 2023, I am providing the following people a copy of this Motion to Amend electronically to the emails I have on file for them and I am mailing a copy to them through the U.S. Mail: Chief Brace of the NBPD, Sgt. Loveless of the NBPD, the Town of New Boston, Hillsborough County AG John Coughlin, GAL/Attorney Kysa Crusco, retired Attorney Patricia A. Murphy, Referee Philip Cross, Francis Nolan Harmon Law Offices, Ping Yin Chai Salem Five, and 20 Lincoln Drive, LLC.

April 13, 2023

Rochelle Pouget

*Rochelle Pouget*
Pro Se Litigant