U.S. District Court

District of New Hampshire
55 Pleasant Street
Concord, NH 03301
https://www.nhd.uscourts.gov/

Case Name: Pouget v. Crusco et al

Case Number: 1:22-cv-00382-SE

## MOTION TO CLARIFY

I, Rochelle Pouget, pro se litigant and Plaintiff, am filing this Motion to Clarify on my own behalf and I am a person authorized by court rules to appear on behalf of my minor child. I am filing this Motion on behalf of my minor child as well.

The facts supporting this Motion are:

1. In July 2022, I realized my daughter and I had defect counsel and I fired them. In addition, I realized my step-son most likely had defective counsel as well and that all three attorneys appeared to be engaged in covering up Real Estate Fraud to protect what occurred during mediation after my parental rights were targeted and my child was kidnapped from me by those who were supposed to protect her.

2. In September 2022, I discovered there was white out obscuring multiple court orders in my case and two other cases in Hooksett and Manchester Family Courts involving Kysa Crusco the GAL that all three of us tried to have removed from our cases due to her deplorable actions and false statements under oath. Kysa's name is the one that was obscured with white out in the Judge Julie Introcaso case.

3. After realizing we had defective counsel who were intentionally misleading the Courts and lying under oath about the facts in the case, I reached out to my step-son's mother to enlighten her of the situation. She too was emotionally and financially abused by the late James Reid Coburn as was Lori Higgins his second wife and not one single person in this state bothered to contact anyone in his own family to inquire about his long history of abuse.

4. My step-son was the approximate age (32) that I was when I was manipulated by James Reid Coburn, so I completely understand what he is going through and do not believe he

RECEIVED - USDC -NH
2023 APR 20 PM1:03

was involved in his father's crimes or the crimes of those who colluded with him and/or protected those who colluded with him.

5. To clarify, I am removing Derek Coburn as a Defendant in this case as I firmly believe he too is a victim of emotional and financial abuse that was reported from 2012 to the NBPD, and they refused to investigate it.

WHEREFORE I, Rochelle Pouget, respectfully submit this Motion to Clarify.

DATED: April 20, 2023

Respectfully submitted,
*Rochelle Pouget*  *Rochelle Pouget*
Pro Se and on behalf of my minor child
20 Lincoln Drive
New Boston, NH 03070
Tel. 603-213-1741
Teacher88r@gmail.com

## Certification

I sent an electronic copy of this Motion to Clarify to Derek Coburn and the Defendants in the above matter.

Date: 4/20/23

*Rochelle Pouget*
Rochelle Pouget
Pro Se and on behalf of my minor child