FILED - USDC -NH
2023 APR 25 PM 12:37

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rochelle Pouget
Plaintiff(s)

v.

Kysa Crusco et al
Defendant(s)

Case No. 1:22-CV-00382-SE

MOTION TO/FOR Motion to Extend Time for Service
(enter title of motion)

I was confused on which defendants needed to be served in my original complaint, so I came in today after having health issues yesterday. I have filled out all the appropriate Summones for the original complaint and amended complait.

Wherefore I respectfully request additional time (90 days) to have the original defendants served.

4/25/23    Rochelle Pouget

(Attach additional sheets if necessary)

USDCNH-101 (Rev. 2/26/13)         Page 1 of 3

Date: 4/25/23

Signature: *Rochelle Prought*

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☐ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☑ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

| | |
|---|---|
| Person(s) served electronically (via ECF): | |
| Person(s) served by mail. Please include address(es): | |
| Person(s) served by hand: | |

Date of Service: _____

Signature _____

Name: _____

Address: _____

Phone: _____

Email: _____