**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Rochelle Pouget

    v.                                        Civil No. 22-cv-382-SE

Kysa Crusco

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

_____
Samantha Elliott
United States District Judge

April 26, 2023

cc:  Rochelle Pouget, pro se