AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of

FILED - USDC -NH
2023 MAY 16 AM 10:29

Rochelle Pouget
_____
Plaintiff(s)

v.

20 Lincoln Drive LLC
_____
Defendant(s)

Civil Action No. 1:22-cv-00382-SE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  20 Lincoln Drive, LLC
C/O Bernstein, Shur, Sawyer, & Nelson P.A.
Jefferson Mill Building
670 North Commercial St.
Ste 108
Manchester, NH 03105-1120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/25/2023
**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk
By: /s/ Erica DiFabio, Deputy Clerk
APR 25 2023

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 23-3262-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:22-CV-00382-SE

ROCHELLE POUGET V. MURPHY, P & 20 LINCOLN DRIVE, LLC & COUGHLIN, ESQ, J & CRUSC

05/02/2023

I SUMMONED THE WITHIN NAMED 20 LINCOLN DRIVE, LLC BY GIVING IN HAND TO ROY W. TILSLEY, JR., REGISTERED AGENT FOR THE WITHIN NAMED, BEING AT 670 N COMMERCIAL ST Apt. #108 MANCHESTER, NH, AN ATTESTED COPY OF THIS SUMMONS AT 03:40pm.

Donald L. Clay

DEPUTY SHERIFF DONALD L CLAY

Case 1:22-cv-00382-SE   Document 13   Filed 04/25/23   Page 3 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

FILED - USDC -NH
2023 MAY 16 AM 10:29

Rochelle Pouget
_____
Plaintiff(s)

v.   Civil Action No.

Kysa Crusco
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Guardian ad Litem / Attorney Kysa Crusco - Crusco Law LLC
Manchester, NH
24 Eastman Ave.
Bedford, NH ~~03077~~ P.P.
03110
603-627-3668
Kysa@cruscolaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/25/2023
with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Apr 25, 2023

```
                    HILLSBOROUGH COUNTY SHERIFF'S OFFICE
                              329 MAST ROAD
                           GOFFSTOWN, NH 03045

                             RETURN OF SERVICE

SHERIFF WRIT 23-3262-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:22-CV-00382-SE

ROCHELLE POUGET V. MURPHY, P & 20 LINCOLN DRIVE, LLC & COUGHLIN, ESQ, J &
CRUSC

                                                          05/02/2023



    I SUMMONED THE WITHIN NAMED KYSA CRUSCO
BY GIVING IN HAND TO THE WITHIN NAMED, BEING AT 24 EASTMAN AVE Apt. #C4,
BEDFORD, NH, AN ATTESTED COPY OF THIS SUMMONS AT 09:58am.
```

_____
DEPUTY SHERIFF DONALD L CLAY