AO 440 (Rev. 06/12) Summons in a Civil Action

FILED - USDC -NH
2023 MAY 16 AM10:28

# UNITED STATES DISTRICT COURT
for the

District of

)
)
)
)
Rochelle Pouget )
*Plaintiff(s)* )
v. ) Civil Action No. 1:22-CV-00382-SE
)
)
)
Town of New Boston )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Town of New Boston c/o
Donna Momberquette and
7 Meetinghouse Rd.
New Boston, NH 03070
603-487-5504

Kary Jencks
Selectman
Jennifer Braun

Received on
behalf of
Donna
Momberg...

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/25/2023

with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Apr 25, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

Rochelle Pouget

_Plaintiff(s)_

v.

Patricia A. Murphy

_Defendant(s)_

Civil Action No. 1: 22-cv-00382-SE

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Patricia A. Murphy
Raimo + Murphy PC
62 Stark Street
Manchester, NH 03101-1975
(603-625-2152

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/25/2023

**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By Erica DiRubio, Deputy Clerk

2023

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 23-3262-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:22-CV-00382-SE

ROCHELLE POUGET V. MURPHY, P & 20 LINCOLN DRIVE, LLC & COUGHLIN, ESQ, J &
CRUSC

05/08/2023

I SUMMONED THE WITHIN NAMED TOWN OF NEW BOSTON
BY GIVING IN HAND TO KARY JENCKS, PERSON IN CHARGE FOR THE WITHIN NAMED,
BEING AT 96 SCOBY ROAD, NEW BOSTON, NH, AN ATTESTED COPY OF THIS SUMMONS AT
12:54pm.

_____
DEPUTY SHERIFF DONALD L CLAY

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

FILED - USDC -NH
2023 MAY 16 AM10:29

_Rochelle Pouget_
Plaintiff(s)

v.

Civil Action No. 1:22-CV- 000382- SE

_Chief James R. Brace, NBPD_
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NBPD Chief James R. Brace
116 Old Coach Rd.
New Boston, NH 03070
603-487-2433
j.brace @ newbostonnh.org

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  __4/25/2023__

**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: Erica DiSabio, Deputy Clerk

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 23-3262-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:22-CV-00382-SE

ROCHELLE POUGET V. MURPHY, P & 20 LINCOLN DRIVE, LLC & COUGHLIN, ESQ, J & CRUSC

05/08/2023


    I SUMMONED THE WITHIN NAMED JAMES BRACE
BY GIVING IN HAND TO THE WITHIN NAMED, BEING AT 116 OLD COACH RD, NEW BOSTON, NH, AN ATTESTED COPY OF THIS SUMMONS AT 12:25pm.

DEPUTY SHERIFF DONALD L CLAY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

FILED - USDC -NH
2023 MAY 16 AM10:29

Rochelle Pouget
_____
*Plaintiff(s)*

v.

Civil Action No. 1: 22- CV-008  382- SE

John Coughlin
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County Attorney (Hillsborough North)
John Coughlin
300 Chestnut St.
Manchester, NH 03101
John.coughlin@hcnh.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/25/2023
**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk
Apr 25, 2023

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 23-3262-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:22-CV-00382-SE

ROCHELLE POUGET V. MURPHY, P & 20 LINCOLN DRIVE, LLC & COUGHLIN, ESQ, J &
CRUSC

05/08/2023

    I SUMMONED THE WITHIN NAMED JOHN COUGHLIN, ESQ
BY GIVING IN HAND TO THE WITHIN NAMED, BEING AT 300 CHESTNUT ST,
MANCHESTER, NH, AN ATTESTED COPY OF THIS SUMMONS AT 02:18pm.

DEPUTY SHERIFF DONALD L CLAY

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of

FILED - USDC -NH
2023 MAY 16 AM 10:29

Rochelle Pouget
*Plaintiff(s)*

v.

Civil Action No. 1:22-CV-000382-SE

Sgt. Timothy Loveless NBPD
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NBPD Sgt. Timothy Loveless
116 Old Coach Rd.
New Boston, NH 03070
603-487-2433
t.loveless@newbostonnh.org

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/25/2023
**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk
APR 25 2023

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 23-3262-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:22-CV-00382-SE

ROCHELLE POUGET V. MURPHY, P & 20 LINCOLN DRIVE, LLC & COUGHLIN, ESQ, J &
CRUSC

05/08/2023


    I SUMMONED THE WITHIN NAMED TIMOTHY LOVELESS
BY GIVING IN HAND TO THE WITHIN NAMED, BEING AT 116 OLD COACH RD, NEW
BOSTON, NH, AN ATTESTED COPY OF THIS SUMMONS AT 12:26pm.


DEPUTY SHERIFF DONALD L CLAY

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED - USDC -NH
2023 MAY 16 AM 10:28

# UNITED STATES DISTRICT COURT
## for the
### District of

)
)
)
Rochelle Pouget )
*Plaintiff(s)* )
v. )  Civil Action No. 1:22-CV-00382-SE
)
)
)
Town of New Boston )
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

Paul Branscombe
Town Admin.

To: *(Defendant's name and address)* Town of New Boston c/o
Donna Mombourquette and ~~Jennifer Brown~~
7 Meetinghouse Rd.           ↓ Resigned
New Boston, NH 03070            as
603-487-5504                  Selectman

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/25/2023
with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

APR 25 2023

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 23-3262-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:22-CV-00382-SE

ROCHELLE POUGET V. MURPHY, P & 20 LINCOLN DRIVE, LLC & COUGHLIN, ESQ, J &
CRUSC

05/08/2023

    I SUMMONED THE WITHIN NAMED TOWN OF NEW BOSTON
BY GIVING IN HAND TO PAUL C. BRANSCOMBE, TOWN ADMINISTRATOR FOR THE WITHIN
NAMED, BEING AT 7 MEETINGHOUSE RD NEW BOSTON, NH, AN ATTESTED COPY OF THIS
SUMMONS AT 12:36pm.

_____
DEPUTY SHERIFF DONALD L CLAY