Case 1:22-cv-00382-SM   Document 21   Filed 05/16/23   Page 1 of 3
Case 1:22-cv-00382-SE   Document 13-3   Filed 04/25/23   Page 9 of 20
Case 1:22-cv-00382-SE   Document 13-3   Filed 05/23/22   Page 9 of 10

2023 MAY 16 AM 10:28

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Rochelle Pouget
_____
*Plaintiff(s)*

v.                                    Civil Action No. 1:22-CV-00382-SE

Salem Five Bank
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Salem Five Bank
    C/O Harmon Law Offices - MA
    150 California St.
    Newton, MA 02458  617-558-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/25/2023
        _____                    _____, Clerk
    with ECF Notice attached.                DANIEL J. LYNCH

                                          By: /s/ Erica DiFabioDeputy Clerk
                                                 APR 25 2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| Rochelle Pouget<br>*Plaintiff(s)*<br>v.<br><br>Harmon Law Offices<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:22-CV-000382-SE<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Harmon Law Office
150 California St.
Newton
Massachusetts    02458
617-558-0500  eoleary@harmonlaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/25/2023    DANIEL LYNCH, Clerk

with ECF Notice attached.    By /s/ Erica DiFabio, Deputy Clerk



# State of New Hampshire

# Department of State



**Work Order #:** 20230004014476

**Receipt Date/Time:** 04/28/2023 01:30:37 PM

**Payer Information:**

Rochelle Pouget
20 Lincoln Drive
New Boston, NH, 03070, USA

**Payer Customer ID:** 491804

**Filer Information:**

Rochelle Pouget
20 Lincoln Drive
New Boston, NH, 03070, USA

**Filer Customer ID:** 491804

**Payment Information:**

| Date | Payment Type | Payment Reference | Authorization # | Payment Status | Payment Amount |
|---|---|---|---|---|---|
| 04/28/2023 01:30:37 PM | Vital Check | Conf#: 161264759 | N/A | Paid | $20.00 |
| | | | | **Total Payment Received:** | **$20.00** |

**Transaction Description:**

| Transaction # | Description | Reference Information |
|---|---|---|
| 20230004014476-001 | WritsSOP | SALEM FIVE BANK |

**Transaction Information:**

| Date Received | Transaction # | Processing Status | Invoice Status | Amount |
|---|---|---|---|---|
| 04/28/2023 01:10:00 PM | 20230004014476-001 | Processed | Paid | $20.00 |
| | | | **Total** | **$20.00** |

| | | | |
|---|---|---|---|
| **Drawdown Account Balance:** | $0.00 | **Total Due:** | $0.00 |
| **Credit Account Balance:** | $0.00 | **Total Refunded:** | $0.00 |
| | | **Total Change To Credit Account Balance:** | $0.00 |