USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Rochelle Pouget | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-CV-00382-SM |
| Kysa Crusco et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

20 Lincoln Drive, LLC                                                                                              .

Date:   05/23/2023

/s/ Hilary Holmes Rheaume
*Attorney's signature*

Hilary Holmes Rheaue    No.  265510
*Printed name and bar number*

Bernstein, Shur, Sawyer & Nelson P.A.
P.O. Box 1120, Manchester NH  03105

*Address*

hrheaume@bernsteinshur.com
*E-mail address*

(603) 623-8700
*Telephone number*

(603) 623-7775
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

all parties listed on the ECF system.

Conventionally Served:

Rochelle Pouget

| | |
|---|---|
| 05/23/2023 | /s/ Hilary Holmes Rheaume |
| Date | Signature |