USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire

| | ) |
|---|---|
| _Plaintiff_ | ) |
| v. | ) | Case No. |
| _Defendant_ | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
_Attorney's signature_

_____
_Printed name and bar number_

_____
_Address_

_____
_E-mail address_

_____
_Telephone number_

_____
_FAX number_

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____

Date

_____

Signature