AO 458 (Rev. 06/09) Appearance of Counsel

FILED – USDC –NH
2023 MAY 23 PM2:39

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Rochelle Pouget </br>*Plaintiff*</br> v. </br> John Coughlin, et al. </br> *Defendant* | ) ) ) ) ) ) Case No. 22-CV-00382-CE |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kysa Crusco                                                                                             .

Date:   05/22/2023

*Kysa Crusco*
*Attorney's signature*

Kysa Crusco #15577
*Printed name and bar number*
24 Eastman Ave, Ste C4
Bedford, NH 03103

*Address*

kysa@cruscolaw.com
*E-mail address*

(603) 627-3668
*Telephone number*

*FAX number*