FILED - USDC -NH
2023 MAY 25 PM 2:00

U.S. District Court

District of New Hampshire
55 Pleasant Street
Concord, NH 03301
https://www.nhd.uscourts.gov/

Case Name: Pouget v. Crusco et al

Case Number: 1:22-cv-00382-SE SM

## MOTION TO ADD TWO DEFENDENTS and MOTION PROVIDE NEW EVIDENCE OF OBSTRUCTION OF JUSTICE AND REAL ESTATE FRAUD

I, Rochelle Pouget, pro se litigant and Plaintiff, am filing this Motion to Add Defendant's and Motion to provide new evidence of Real Estate Fraud and collusion between my lender and 20 Lincoln Drive LLC as well as evidence on the validity of the Quit Claim Deed being registered in January 2015, rather then held in escrow by attorney Patricia a. Murphy. I'm filing this Motion on my own behalf and I am a person authorized by court rules to appear on behalf of my minor child. I am filing this Motion on behalf of my minor child as well.

The facts supporting this Motion are:

1. Salem Five and 20 Lincoln Drive have colluded to steal my home from me and new evidence has surfaced that they hijacked my private Allstate insurance plan and have been using the escrow funds from my marital residence to pay the insurance after someone at Salem Five changed the billing address to Salem Five and stopped my automatic payments.
2. The owners/members of 20 Lincoln Drive LLC have an attorney who filed a Motion in Goffstown Family Court AFTER the Federal Restraining Order was issues and most recently filed a Motion after they were served and acknowledged they were served in this Federal Lawsuit. They are claiming it doesn't matter that they are in collusion with Salem Five to steal our home, and apparently the Federal Restraining Order Motion doesn't prevent them from doing so.
3. The owners/members of 20 Lincoln Drive LLC are trying to evict my daughter and me and judge Suzanne Gorman is forcing me to pay $3k in rent, which is outrageous amount of money for this house and I refuse to pay it because judge Gorman is a felon who hasn't been prosecuted yet and she enabled ALL of this by not giving my ex-husband any consequences after he failed to even attempt to refinance or sell our marital residence from 2014 to 2018 after intentionally destroying my credit to force

me into bankruptcy. It didn't work! I did not file bankruptcy! I did not hand over the Quit Claim Deed either, Patricia A. Murphy was responsible for keeping it in escrow and they should take it up with her, not me!

4. The basement is flooding, there is mold, there are holes in the ceiling and wires/pipes exposed. The carpets are all stained with pet urine and I had to rip out the carpet in the master bedroom to breath!!! My ex-husband allowed the pets to TRASH this house. The electricity alone is over $300 a month because it's a 3500 square foot home in the Waldorf Estates in New Boston. I bought a BEAUTIFUL HOME ON A GORGEOUS PROPERTY and now it is trashed. I have the ability to have it repaired, but will not do so until it is legally back in my name again. I am keeping the house warm in the winter so the pipes don't freeze and I am keeping the yard up, not them.

5. Gloria Gidari and Judge Suzanne Gorman have been colluding with my ex-husband, Philip Cross, Patricia A. Murphy, Kysa Crusco for years. Judge Gorman is now covering up police abuse and if she would release the bodycam evidence that I filed a Motion to Compel, two police officers will be fired, which is why she is withholding the evidence.

6. Gloria Gidari contacted Kysa Crusco about a restraining order I was getting ready to file against my ex-husband in August 28, 2014, which led to the removal of my parental rights at a hearing I was not properly notified for. There are three different court orders for ONE ORDER in the court file. There is white out on the Order and many others in my case. Gloria alerted Kysa that I was in the courthouse and Kysa went and lied about it to make it appear as though I'm stalking her. Kysa lied to a Superior Court judge during a restraining order hearing against her that got dismissed.



With this Motion to ADD Defendants and new evidence, I request the following:

A. That this Court add Judge Suzanne Gorman and Deputy Court Clerk Gloria Gidari to this Federal Complaint and restrain them from having any involvement in my case, including, but not limited to speaking to any other court clerks about any Motions I'm filing or alerting anyone of my filings, so they can pull a fast one like they did on August 28, 2014 and take my child away from me at a hearing I'm not even present at because they didn't notify me properly.

B. That the Original Body Cam recordings of me that two NBPD Officers took on January 26, 2023 (2) be released to me without any edits or cuts.

C. That Officer Wynkoop and Officer Marmostein of the NBPD be required to transcribe their own Body Cam footage from January 26, 2023 where they filmed me and that the name of the person who transcribed the transcription the NBPD provided me that had page 1, 3, 5, 7 only, be provided to me, so I can add them to this Federal Complaint.

D. That the Original Body Cam footage of me from February 1, 2023 (in its entirety) and a transcribed copy be released to me immediately. They tried to pull a fast one and provide me with a COPY only and I believe they may have deceived the courts and provided them a COPY rather than the original. The copy can be altered. The Original cannot be altered. I filed a Motion for the Originals for a reason.

E. That the owners of 20 Lincoln Drive LLC be refrained from filing another Motion in Family Court in this case as there is already a Federal case pending.

F. That any/all Orders Suzanne Gorman wrote in the landlord/tenant case be dismissed and stricken from the record.

G. That Judge Suzanne Gorman and Gloria Gidari each pay my daughter and ~~ne~~ me $800,000.00 for intentionally harming us and repeatedly disrupting justice for close to a decade now.

H. And Grant any other relief that this Court feels is necessary and just.

With GREAT RESPECT for the Constitution of the United States of America, I submit this request.

Respectfully,

*Rochelle Pouget*
Rochelle Pouget
Pro Se Litigant on behalf of myself and my minor child
20 Lincoln Drive
New Boston, NH 03070

I state that on this date, April 25th, 2023, I am providing the following people a copy of this Motion electronically to the emails of those who have already been served. I will send a hard copy to them if requested to do so. I will have Gloria Gidari and Judge Suzanne Gorman served by the Hillsborough County Sheriff's Office.

May ~~April~~ 25, 2023
RP

*Rochelle Pouget*
Rochelle Pouget