# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED ~~MAR 3 0 2023~~ APRIL 4 2023
9th CIRCUIT - GOFFSTOWN

Emergency

Court Name: 9th Circuit - ~~Family~~ Division - Goffstown

Case Name: ~~In the Matter of~~ State v. Rochelle Pouget

Case Number (If known): 438-2023-CR-146

MOTION: ~~to~~ Compel page 1

I, Rochelle Pouget, state the following facts and request ~~the~~ following relief:

I need the Original Body Cam (audio/visual) from a call to service on January 26, 2023 that was recorded by Officer Wynkoop.

I need the Original Body Cam audio/visual from the same call to service that officer Marmostein recorded on January 26, 2023.

~~I~~ need the Original Body Cam (audio/visual included) recording

Date: 4/4/2023

Signature: Rochelle Pouget

Telephone: 603-213-1741

Address: 20 Lincoln Dr. New Boston NH 03070

I certify that on this date I provided a copy of this document to NBPD (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order). Court

Date: 4/4/2023

Signature: Rochelle Pouget

## ORDER

☒ Motion granted. /*part*/   ☐ Motion denied.

Recommended: part. See attached order.

Date: _____

Signature of Marital Master/Referee: _____

Printed Name of Marital Master/Referee: _____

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date: 4/14/23

Signature of Judge: _____

Printed Name of Judge: Suzanne M. Gorman

NHJB-2201-DFP (08/29/2014)

Page 1 of ~~2~~ 3

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED APR 0 4 2023 9th CIRCUIT - GOFFSTOWN

Court Name: **9th Circuit - Family Division - Goffstown**
Case Name: **In the Matter of**
Case Number: (if known) _____

MOTION: To Compel page 2

I, _____
state the following facts and request the following relief:

from February 1, 2023 that Sgt. Tim Loveless recorded.

I need the name of the individual who transcribed one of the Body Cam recordings on January 26, 2023.

I need the Original Lobby videos from NBPD that were unedited which should be on Sgt Aithens or Chief Brace's computer or a computer at NBPD from 2013/2014 →

_____
Date

_____
Signature

_____
Telephone

_____
Address

I certify that on this date I provided a copy of this document to _____ (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

_____
Date

_____
Signature

## ORDER

☐ Motion granted.  ☐ Motion denied.

**Recommended:**

_____
Date

_____
Signature of Marital Master/Referee

_____
Printed Name of Marital Master/Referee

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_____
Date

_____
Signature of Judge

_____
Printed Name of Judge

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED APR 0 4 2023 9th CIRCUIT - GOFFSTOWN

Court Name: **9th Circuit - Family Division - Goffstown**

Case Name: **In the Matter of**

Case Number: (if known)

**MOTION:** to Compel page 3

I, _____
state the following facts and request the following relief:

as I was provided copies by Chief Brace that had video and audio intentionally cut out to Obstruct Justice in multiple DV incidents that happened to from 2012 - 2014 during my divorce/custody case.

To date, Dick Tracy, John Coughlin and the Public Integrity Unit have failed to have the originals forensically examined or the copies Brace gave me.

Date _____ Signature _____

Telephone _____ Address _____

I certify that on this date I provided a copy of this document to _____ (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date _____ Signature _____

### ORDER

☐ Motion granted.   ☐ Motion denied.

**Recommended:**

Date _____ Signature of Marital Master/Referee _____

Printed Name of Marital Master/Referee

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____ Signature of Judge _____

Printed Name of Judge