## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Rochelle Pouget | |
| Petitioner | |
| v. | Civil No. 1:22-cv-00382-SE |
| John Coughlin, County Attorney, et al | |
| Respondent | |

## DECLARATION OF CAROLYN M. KIRBY

I Carolyn M. Kirby, Esquire hereby declare pursuant to 28 U.S.C. Section 1746 as follows:

1. I represent Hillsborough County Attorney John Coughlin in the above captioned matter and represent him in a Petition for Restraining order filed by the Petitioner in the NH Superior Court. A 2022 Petition for Restraining Order filed by Petitioner against County Attorney Coughlin was dismissed by the NH Superior Court.

2. Appended to this declaration are copies of case summaries from the Superior Court proceedings referenced in Paragraph 1.

3. Upon information and belief the attached case summaries reflect the status of the Superior Court cases referenced in paragraph 1.

I declare under penalty of perjury that the foregoing is correct to the best of my knowledge and belief.

DATED: May 30, 2023

/s/Carolyn M. Kirby
By: Carolyn M. Kirby, Esquire