Hillsborough North

## Case Summary

### Case No. 216-2022-CV-00427

| | | | |
|---|---|---|---|
| **Rochelle Pouget v Derek Austin Coburn, et al** | § | Location: | **Hillsborough North** |
| | § | Judicial Officer: | **Nicolosi, Diane M** |
| | § | Filed on: | **07/22/2022** |

---

## Case Information

Case Type: Restraining Order
Case Status: **12/27/2022   Closed**

## Assignment Information

**Current Case Assignment**
Case Number       216-2022-CV-00427
Court                   Hillsborough North
Date Assigned    07/22/2022
Judicial Officer   Nicolosi, Diane M

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Pouget, Rochelle** | **Pro Se**<br>(603)213-1741(H) |
| **Defendant** | **Bisson, John** | **Muller, Jr., Daniel D. ESQ**<br>*Retained*<br>603-624-4333(W) |
| | **Brace, James** | **Cullen, Brian J.S. ESQ**<br>*Retained*<br>603-881-5500(W)<br><br>**Shirley, Jonathan M. ESQ**<br>*Retained*<br>603-881-5500(W) |
| | **Case, Sargent** | **Cullen, Brian J.S. ESQ**<br>*Retained*<br>603-881-5500(W)<br><br>**Cullen, Brian J.S. ESQ**<br>*Retained*<br>603-881-5500(W)<br>**Shirley, Jonathan M. ESQ**<br>*Retained*<br>603-881-5500(W) |
| | **Chong Yen, Nicholas** | **O'Donnell, Brendan Avery ESQ**<br>*Retained*<br>603-271-3658(W)<br><br>**Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| | **Coburn, Derek Austin** | **Muller, Jr., Daniel D. ESQ**<br>*Retained*<br>603-624-4333(W)<br><br>**Bisson, John F. ESQ**<br>*Retained*<br>603-624-4333(W) |

**Hillsborough North**

## Case Summary

**Case No. 216-2022-CV-00427**

| | |
|---|---|
| **Coughlin, John ESQ** | **Burrows, Matthew V. ESQ**<br>*Retained*<br>603-228-1181(W) |
| **Cross, Philip** | **Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| | **O'Donnell, Brendan Avery ESQ**<br>*Retained*<br>603-271-3658(W) |
| **Crusco, Kysa** | **Crusco, Kysa M. ESQ**<br>*Retained*<br>603-627-3668(W) |
| **DalPra, Bruce F** | **O'Donnell, Brendan Avery ESQ**<br>*Retained*<br>603-271-3658(W) |
| | **Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| **Dalpra, Judge** | **Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| **Gorman, Suzanne** | **Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| | **O'Donnell, Brendan Avery ESQ**<br>*Retained*<br>603-271-3658(W) |
| **Hardy, J** | **Burrows, Matthew V. ESQ**<br>*Retained*<br>603-228-1181(W) |
| **Moore, Paul** | **O'Donnell, Brendan Avery ESQ**<br>*Retained*<br>603-271-3658(W) |
| | **Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| **Moore, Paul** | **Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| **Murphy, Patricia ESQ** | |
| **Newcomb, Brian** | **Burrows, Matthew V. ESQ**<br>*Retained*<br>603-228-1181(W) |
| **Putney, Mark**<br>Male | **Burrows, Matthew V. ESQ**<br>*Retained*<br>603-228-1181(W) |
| **Riehl, Tracy** | **O'Donnell, Brendan Avery ESQ**<br>*Retained*<br>603-271-3658(W) |
| | **Chase, Brandon Francis ESQ**<br>*Retained*<br>603-271-3658(W) |
| **Salem Five Bank** | **O'Leary, Edward P. ESQ**<br>*Retained* |

Printed on 05/30/2023 at 4:05 PM

Hillsborough North

## Case Summary

**Case No. 216-2022-CV-00427**
617-558-6109(W)

| | | |
|---|---|---|
| **Schultz-Price, Nicole J. ESQ** | **Burrows, Matthew V. ESQ** | |
| | *Retained* | |
| | 603-228-1181(W) | |
| **Strelzin, Jeff** | **Chase, Brandon Francis ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| | **O'Donnell, Brendan Avery ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| **Tracy, Richard** | **Chase, Brandon Francis ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| | **O'Donnell, Brendan Avery ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| **Ward, Geoff** | **Chase, Brandon Francis ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| | **O'Donnell, Brendan Avery ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| **Weaver, Judge** | **Chase, Brandon Francis ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| | **O'Donnell, Brendan Avery ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| **Wolford, Lisa** | **Chase, Brandon Francis ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| | **O'Donnell, Brendan Avery ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| **Young, Jane** | **Chase, Brandon Francis ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| | **O'Donnell, Brendan Avery ESQ** | |
| | *Retained* | |
| | 603-271-3658(W) | |
| **Minor**   **Coburn, Danielle** | **Pro Se** | |
| | (603)213-1741(H) | |

---

## Events and Orders of the Court

| | | |
|---|---|---|
| 07/22/2022 | Complaint - Civil<br>*Restraining Order* | Index # 1 |
| 07/22/2022 | Appearance<br>*of Pro Se Plt* | Index # 2 |
| 07/22/2022 | Affidavit<br>*Non-Lawyer Affidavit obo Minor Plt* | Index # 3 |
| 07/22/2022 | Ex Parte Motion<br>*to grant RO -Plt* | Index # 4 |
| 07/22/2022 | Affidavit | Index # 5 |

**Hillsborough North**

## Case Summary

### Case No. 216-2022-CV-00427

*of Rochelle Pouget -Plt*

| | | |
|---|---|---|
| 07/22/2022 | Temporary Restraining Order   (Judicial Officer: Anderson, David A)<br>*- Denied on Ex Parte Basis, Hrg to be scheduled (Env 2473928)* | Index # 6 |
| 07/22/2022 | Summons on Complaint<br>*(Env 2473928) NO SERVICE* | Index # 7 |
| 07/26/2022 | Motion to Amend<br>*Hearing Date-Plf* | Index # 11 |
| 07/26/2022 | Motion to Amend Complaint<br>*Add Defendants/Plf* | Index # 12 |
| 07/27/2022 | Ex Parte Motion<br>*to Add Defendants/Plf* | Index # 8 |
| 07/27/2022 | Affidavit<br>*of Plf iso Ex Parte Mo to Add Defs* | Index # 9 |
| 07/27/2022 | Ex Parte Motion<br>*to Continue-Plf* | Index # 10 |
| 07/27/2022 | Granted   (Judicial Officer: Nicolosi, Diane M)<br>*Env 2481742* | |
| 07/27/2022 | Granted   (Judicial Officer: Nicolosi, Diane M)<br>*Env 2481742* | |
| 07/27/2022 | Granted   (Judicial Officer: Nicolosi, Diane M)<br>*Env 2481742* | |
| 07/29/2022 | Amended Complaint<br>*Restraining Order* | Index # 13 |
| 07/29/2022 | Request for Reissued Summons<br>*Plt* | |
| 07/29/2022 | Other<br>*attachment to Amended Complaint* | Index # 14 |
| 08/01/2022 | Summons on Complaint<br>*- issued on 1, 5, 4, 6 12, 8, 9, 10, 13 and 14 NEW (Env 2487760)* | Index # 15 |
| 08/01/2022 | **Service**<br>Schultz-Price, Nicole J. ESQ<br>Unserved<br>Bisson, John<br>Served: 08/10/2022<br>Salem Five Bank<br>Unserved<br>Putney, Mark<br>Served: 08/09/2022<br>Coburn, Derek Austin<br>Served: 08/10/2022<br>Brace, James<br>Returned Unserved<br>08/19/2022<br>Crusco, Kysa<br>Served: 08/10/2022<br>Case, Sargent<br>Served: 08/09/2022<br>Murphy, Patricia ESQ<br>Unserved<br>Coughlin, John ESQ<br>Served: 08/10/2022<br>Wolford, Lisa<br>Unserved<br>Gorman, Suzanne<br>Served: 08/10/2022 | |

**Hillsborough North**

## Case Summary

### Case No. 216-2022-CV-00427

Moore, Paul
Unserved
Cross, Philip
Unserved
Weaver, Judge
Unserved
Dalpra, Judge
Unserved
Tracy, Richard
Served: 08/09/2022
Ward, Geoff
Served: 08/17/2022
Young, Jane
Served: 08/09/2022
Strelzin, Jeff
Served: 08/09/2022
Riehl, Tracy
Served: 08/16/2022
Chong Yen, Nicholas
Unserved
Newcomb, Brian
Served: 08/08/2022
Hardy, J
Served: 08/10/2022

| | | |
|---|---|---|
| 08/03/2022 | *CANCELED* **Hearing on Petition**  (1:30 PM)  (Judicial Officer: Nicolosi, Diane M)<br>*Continued* | |
| 08/09/2022 | Service<br>*R.Tracey* | |
| 08/11/2022 | Appearance<br>*of Daniel Muller Jr for Def-John Bisson* | Index # 16 |
| 08/11/2022 | Motion to Continue<br>*8-22-22 hg and req addl time-Def-John Bisson* | Index # 17 |
| 08/12/2022 | Appearance<br>*of Brian Cullen Esq for Defs James Brace and Sargent Case*<br>Party:   Defendant Brace, James;<br>Defendant Case, Sargent | Index # 18 |
| 08/12/2022 | Appearance<br>*of Jonathan Shirley Esq for Defs James Brace and Sargent Case*<br>Party:   Defendant Brace, James;<br>Defendant Case, Sargent | Index # 19 |
| 08/18/2022 | Order Made    (Judicial Officer: Nicolosi, Diane M)<br>*Env 2517346* | |
| 08/18/2022 | Appearance<br>*Appearance for Salem Five Bank*<br>Party:   Defendant Salem Five Bank | Index # 20 |
| 08/18/2022 | Answer<br>*Bench/Salem Five*<br>Party:   Defendant Salem Five Bank | Index # 21 |
| 08/19/2022 | Appearance<br>*of John F. Bisson for Derek Coburn* | Index # 22 |
| 08/19/2022 | Appearance<br>*of Daniel D. Muller, Jr. for Derek Coburn* | Index # 23 |
| 08/19/2022 | Answer<br>*Bench-Derek Austin Coburn and John Bisson* | Index # 24 |
| 08/19/2022 | Return of Service<br>*on Brian Newcomb* | Index # 25 |

Printed on 05/30/2023 at 4:05 PM

**Hillsborough North**

## Case Summary

### Case No. 216-2022-CV-00427

| | | |
|---|---|---|
| 08/19/2022 | Affidavit<br>*of Rochelle Pouget (DUPLICATE #5)* | Index # 26 |
| 08/19/2022 | Return of Service<br>*on Derek Austin Coburn* | Index # 27 |
| 08/19/2022 | Return of Service<br>*on Geoff Ward* | Index # 28 |
| 08/19/2022 | Return of Service<br>*on James Hardy* | Index # 29 |
| 08/19/2022 | Return of Service<br>*Return of Service* | Index # 30 |
| 08/19/2022 | Non-Est Return<br>*on James Brace* | Index # 31 |
| 08/19/2022 | Return of Service<br>*on Jane Young* | Index # 32 |
| 08/19/2022 | Return of Service<br>*on Jeff Strelzin* | Index # 33 |
| 08/19/2022 | Affidavit<br>*of Rochelle Pouget ( (DUPLICATE #5 accepted in error)* | Index # 34 |
| 08/19/2022 | Return of Service<br>*on John Bisson* | Index # 35 |
| 08/19/2022 | Return of Service<br>*on John Coughlin* | Index # 36 |
| 08/19/2022 | Return of Service<br>*on Kysa Crusco* | Index # 37 |
| 08/19/2022 | Return of Service<br>*on Children's Legal Svc's - (NOT A PARTY)* | Index # 38 |
| 08/19/2022 | Return of Service<br>*on Mark Putney* | Index # 39 |
| 08/19/2022 | Return of Service<br>*on Richard Tracey* | Index # 40 |
| 08/19/2022 | Return of Service<br>*on Stephen Case* | Index # 41 |
| 08/19/2022 | Affidavit<br>*of Rochelle Pouget ( (DUPLICATE #5 acepted in error)* | Index # 42 |
| 08/19/2022 | Return of Service<br>*on Suzanne Gorman* | Index # 43 |
| 08/19/2022 | Return of Service<br>*on Tracy Riehl* | Index # 44 |
| 08/19/2022 | Motion to Amend Complaint<br>*and Reissue Summons filed by Plaintiff* | Index # 64 |

08/19/2022
Appearance
    *of Brandon Chase and Brendan O'Donnell for R.Tracy,J.Strelzin,L.Wolford,N.Chong Yen,P.Cross,S.Gorman,J.Young,T.Riehl,G.Ward,M.Weaver and P.Queenan*
    Party:   Defendant Chong Yen, Nicholas;
             Defendant Cross, Philip;
             Defendant Gorman, Suzanne;
             Defendant Riehl, Tracy;
             Defendant Strelzin, Jeff;
             Defendant Tracy, Richard;
             Defendant Ward, Geoff;
             Defendant Weaver, Judge;
             Defendant Wolford, Lisa;

Hillsborough North

## Case Summary

### Case No. 216-2022-CV-00427

Defendant Young, Jane
Index # 50

| | | |
|---|---|---|
| 08/19/2022 | Motion to Dismiss | Index # 51 |
| | *Nicholas Chong Yan, et al (DOJ Defs)* | |
| | Party:   Defendant Chong Yen, Nicholas; | |
| | Defendant Cross, Philip; | |
| | Defendant Gorman, Suzanne; | |
| | Defendant Riehl, Tracy; | |
| | Defendant Strelzin, Jeff; | |
| | Defendant Tracy, Richard; | |
| | Defendant Ward, Geoff; | |
| | Defendant Weaver, Judge; | |
| | Defendant Wolford, Lisa; | |
| | Defendant Young, Jane | |
| 08/19/2022 | Motion to Dismiss | Index # 52 |
| | *Defs~James Brace and Stephen Case* | |
| | Party:   Defendant Brace, James; | |
| | Defendant Case, Sargent | |
| 08/20/2022 | Obj-Motion to Dismiss | Index # 45 |
| | *pltf* | |
| 08/20/2022 | Other | Index # 46 |
| | *attachment to obj to mo to dismiss* | |
| 08/20/2022 | Other | Index # 47 |
| | *attachment to obj to mo to dismiss* | |
| 08/20/2022 | Other | Index # 48 |
| | *attachment to obj to mo to dismiss* | |
| 08/20/2022 | Other | Index # 49 |
| | *attachment to obj to mo to dismiss* | |
| 08/22/2022 | **Temporary Hearing**   (2:00 PM)   (Judicial Officer: Nicolosi, Diane M) | |
| 08/22/2022 | Appearance | Index # 53 |
| | *of Matthew Burrows for James Hardy and Brian Newcomb* | |
| 08/22/2022 | Appearance | Index # 54 |
| | *of Matthew Burrows for John Coughlin, Pamela Coughlin, and Mark Putney* | |
| 08/22/2022 | Appearance | Index # 55 |
| | *of Brandon F. Chase for Marital Master Bruce F. DalPra and Paul Moore* | |
| | Party:   Defendant DalPra, Bruce F; | |
| | Defendant Moore, Paul | |
| 08/22/2022 | Appearance | Index # 56 |
| | *of Brendan A. O'Donnell for Marital Master Bruce DalPra and Paul Moore* | |
| | Party:   Defendant DalPra, Bruce F; | |
| | Defendant Moore, Paul | |
| 08/22/2022 | Motion to Dismiss | Index # 58 |
| | *John Coughlin, et al (County Defs)* | |
| 08/22/2022 | Motion to Dismiss | Index # 59 |
| | *Def Kysa Crusco* | |
| | Party:   Defendant Crusco, Kysa | |
| 08/23/2022 Court Order | (Judicial Officer: Nicolosi, Diane M) | |
| | *Temp Hg Continued Sua Sponte, see order (Env 2526540 and us mail to dfts Kysa Crusco, Nicole Schultz-Price and Patricia Mrphy )* | |
| | Index # 57 | |
| 08/23/2022 | Appearance | Index # 60 |
| | *of B. Chase Esq and B. O'Donnell Esq for the following Defs* | |
| | Party:   Defendant Chong Yen, Nicholas; | |
| | Defendant Cross, Philip; | |
| | Defendant Gorman, Suzanne; | |

Printed on 05/30/2023 at 4:05 PM

Hillsborough North

## Case Summary

### Case No. 216-2022-CV-00427

Defendant Riehl, Tracy;
Defendant Strelzin, Jeff;
Defendant Tracy, Richard;
Defendant Ward, Geoff;
Defendant Weaver, Judge;
Defendant Wolford, Lisa;
Defendant Young, Jane

| | | |
|---|---|---|
| 08/23/2022 | Motion to Dismiss<br>*Nicholas Chong Yen, et al (DOJ Defs)*<br>Party:   Defendant Chong Yen, Nicholas;<br>Defendant Cross, Philip;<br>Defendant Gorman, Suzanne;<br>Defendant Riehl, Tracy;<br>Defendant Strelzin, Jeff;<br>Defendant Tracy, Richard;<br>Defendant Ward, Geoff;<br>Defendant Weaver, Judge;<br>Defendant Wolford, Lisa;<br>Defendant Young, Jane | Index # 61 |
| 08/24/2022 | Motion to Dismiss<br>*Def Salem Five Bank*<br>Party:   Defendant Salem Five Bank | Index # 62 |
| 08/25/2022 | Notice of Intent to Reply<br>*to Mo to Continue and Deny Motion to Dismiss/NHDOJ Defs*<br>Party:   Defendant Coburn, Derek Austin | Index # 63 |
| 08/30/2022 | Motion for Clarification<br>*of 8-23-22 Order-Plf* | Index # 65 |
| 08/30/2022 | Motion to Amend Complaint<br>*to Add Party Harmon Law Offices-Plf* | Index # 66 |
| 09/01/2022 | Motion to Dismiss<br>*Defs Derek Coburn & John Bisson* | Index # 67 |
| 09/01/2022 | Motion to Dismiss<br>*Def Nicole Schultz-Price*<br>Party:   Defendant Schultz-Price, Nicole J. ESQ | Index # 68 |
| 09/01/2022 | Appearance<br>*Matthew V. Burrows, Esq obo Nicole Schultz-Price*<br>Party:   Defendant Schultz-Price, Nicole J. ESQ | Index # 69 |
| 09/01/2022 | Returned Mail<br>*to Defendant Patricia Murphy, Esq.* | Index # 75 |
| 09/08/2022 | Ex Parte Motion<br>*for Hg - Plf* | Index # 70 |
| 09/08/2022 | Other<br>*Attachment to Ex Party Motion* | Index # 71 |
| 09/08/2022 | Other<br>*Attachment to Ex Party Motion* | Index # 72 |
| 09/08/2022 | Other<br>*Additional Facts in Support of Ex Parte Request* | Index # 73 |
| 09/08/2022 | Other<br>*Additional Ex Parte Requests for Relief* | Index # 74 |
| 09/08/2022 | Denied   (Judicial Officer: Nicolosi, Diane M)<br>*Env 2552745* | |
| 09/08/2022 | Granted in Part   (Judicial Officer: Nicolosi, Diane M)<br>*Env 2552745* | |
| 09/09/2022 | Motion to Amend | Index # 94 |

Hillsborough North

## Case Summary

### Case No. 216-2022-CV-00427

*Req for Ex Parte Restraining Order-Plf*

| | | |
|---|---|---|
| 09/09/2022 | Affidavit<br>*of Plf* | Index # 95 |
| 09/10/2022 | Ex Parte Motion<br>*restrain Defs from talking to anyone about case -Plt* | Index # 76 |
| 09/10/2022 | Affidavit<br>*of Plt -Plt* | Index # 77 |
| 09/10/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*Env 2555205* | |
| 09/10/2022 | Affidavit<br>*in Support of Objection to Mo to Dism/Plt* | Index # 78 |
| 09/10/2022 | Obj-Motion to Dismiss<br>*Plt* | Index # 79 |
| 09/10/2022 | Affidavit<br>*in Support of Obj/Plt* | Index # 80 |
| 09/10/2022 | Obj-Motion to Dismiss<br>*filed by Chief Brace and SGT Case/Plt* | Index # 81 |
| 09/10/2022 | Affidavit<br>*in Support of Obj/Plt* | Index # 82 |
| 09/10/2022 | Obj-Motion to Dismiss<br>*filed by Derek Coburn and John Bisson/Plt* | Index # 83 |
| 09/10/2022 | Affidavit<br>*in Support of Obj/Plt* | Index # 84 |
| 09/10/2022 | Obj-Motion to Dismiss<br>*filed by Nicholas Chong Yen, et al* | Index # 85 |
| 09/10/2022 | Affidavit<br>*in Support of Obj/Plt* | Index # 86 |
| 09/10/2022 | Obj-Motion to Dismiss<br>*filed by John Coughlin, et al/Plt* | Index # 87 |
| 09/10/2022 | Affidavit<br>*in Support of Obj/Plt* | Index # 88 |
| 09/10/2022 | Obj-Motion to Dismiss<br>*filed by Salem Fives, et al/Plt* | Index # 89 |
| 09/10/2022 | Affidavit<br>*in Support of Obj/Plt* | Index # 90 |
| 09/10/2022 | Obj-Motion to Dismiss<br>*filed by Bruce Dalpra, et al/Plt (Motion for this?)* | Index # 91 |
| 09/11/2022 | Affidavit<br>*in Support of Obj/Plt* | Index # 92 |
| 09/11/2022 | Obj-Motion to Dismiss<br>*filed by Nicole Schultz-Price/Plt* | Index # 93 |
| 09/12/2022 | Denied     (Judicial Officer: Nicolosi, Diane M)<br>*on Ex Parte basis (Env 2556127)* | |
| 09/23/2022 | Denied     (Judicial Officer: Nicolosi, Diane M)<br>*W/O Prejudice pending outcome of motions to dismiss filed by existing parties. (Env # 2582180)* | |
| 09/26/2022 | Order Made     (Judicial Officer: Nicolosi, Diane M)<br>*See order (Env # 2580556)* | |
| 09/26/2022 | Ex Parte Motion<br>*Plt* | Index # 96 |
| 09/26/2022 | Affidavit | Index # 97 |

Printed on 05/30/2023 at 4:05 PM

**Hillsborough North**

# Case Summary

### Case No. 216-2022-CV-00427

*Duplicate of #'s 77, 80, 82, 86, 90, 92, etc.*

| | | |
|---|---|---|
| 09/26/2022 | Denied     (Judicial Officer: Nicolosi, Diane M)<br>*(Env # 2581539)* | |
| 09/27/2022 | Order Made     (Judicial Officer: Nicolosi, Diane M)<br>*Env 2587638* | |
| 09/30/2022 | Ex Parte Motion<br>*Plf* | Index # 98 |
| 09/30/2022 | Other<br>*Attachment 1 to Ex Parte Motion* | Index # 99 |
| 09/30/2022 | Other<br>*Attachment 2 to Ex Parte Motion* | Index # 100 |
| 09/30/2022 | Other<br>*Attachment 3 to Ex Parte Motion* | Index # 101 |
| 09/30/2022 | Other<br>*Additional Facts in Support of Ex Parte Request* | Index # 102 |
| 09/30/2022 | Obj - Motion for Ex Parte Relief<br>*Dft Salem Bank* | Index # 103 |
| 09/30/2022 | Response to Objection<br>*to Ex Parte Motion/Plt* | Index # 104 |
| 09/30/2022 | Other<br>*Attachment to Response/Plt* | Index # 105 |
| 10/17/2022 | Court Order     (Judicial Officer: Nicolosi, Diane M)<br>*on Motions to Dismiss - GRANTED (Env 2622924)* | Index # 106 |
| 10/17/2022 | Denied     (Judicial Officer: Nicolosi, Diane M)<br>*Env 2622924* | |
| 10/17/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*- See # 106 (Env 2622924)* | |
| 10/17/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*- see # 106 (Env 2622924)* | |
| 10/17/2022 | Granted     (Judicial Officer: Anderson, David A)<br>*see # 106 (Env 2622924)* | |
| 10/17/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*see # 106 (Env 2622924)* | |
| 10/17/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*see # 106 (Env 2622924)* | |
| 10/17/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*see # 106 (Env 2622924)* | |
| 10/17/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*- see # 106 (Env 2622924)* | |
| 10/17/2022 | Granted     (Judicial Officer: Nicolosi, Diane M)<br>*see # 106 (Env 2622924)* | |
| 10/18/2022 | Motion for Clarification<br>*of 10-17-22 Order-Defs-Philip Cross, et al*<br>Party:   Defendant Cross, Philip;<br>            Defendant DalPra, Bruce F;<br>            Defendant Gorman, Suzanne;<br>            Defendant Moore, Paul;<br>            Defendant Weaver, Judge | Index # 107 |
| 10/28/2022 | Motion for Temporary Hearing<br>*Plt* | Index # 108 |
| 10/28/2022 | Motion to Reconsider | Index # 109 |

Printed on 05/30/2023 at 4:05 PM

**Hillsborough North**

## Case Summary

### Case No. 216-2022-CV-00427

*10-17-22 order-Plt*

| 10/28/2022 | Other | Index # 110 |
|---|---|---|
| | *attachment to mo reconsider-3-9-13 NBPD report-Plt* | |
| 10/28/2022 | Other | Index # 111 |
| | *attachment to mo reconsider-Dec 2001 narative-Plt* | |
| 10/28/2022 | Other | Index # 112 |
| | *attachment to mo reconsider-1-3-13 Masella Report and resps-Plt* | |
| 10/28/2022 | Other | Index # 113 |
| | *attachment to mo reconsider-3-11-13 NB PD report-Plt* | |
| 10/28/2022 | Other | Index # 114 |
| | *attachment to mo reconsider-Jan 2011 narative-Plt* | |
| 10/28/2022 | Other | Index # 115 |
| | *attachment to mo reconsider-Divorce timeline-Plt* | |
| 10/28/2022 | Other | Index # 116 |
| | *attachment to mo reconsider-Aiken Report and resps-Plt* | |
| 10/28/2022 | Other | Index # 117 |
| | *attachment to mo reconsider-11-12-12 Masella Suppl-Plt* | |
| 10/28/2022 | Other | Index # 118 |
| | *attachment to mo reconsider-3-9-13 Widener Report-Plt* | |

| 10/31/2022 | Obj-Motion to Reconsider | Index # 119 |
|---|---|---|
| | *Def-Salem Five* | |
| | Party:   Defendant Salem Five Bank | |

| 10/31/2022 | Obj-Motion to Reconsider | Index # 120 |
|---|---|---|
| | *Def-Derek Coburn and John Bisson* | |

| 10/31/2022 | Obj-Motion to Reconsider | Index # 121 |
|---|---|---|
| | *DOJ Def's* | |
| | Party:   Defendant Chong Yen, Nicholas; | |
| | Defendant Cross, Philip; | |
| | Defendant DalPra, Bruce F; | |
| | Defendant Gorman, Suzanne; | |
| | Defendant Moore, Paul; | |
| | Defendant Riehl, Tracy; | |
| | Defendant Strelzin, Jeff; | |
| | Defendant Tracy, Richard; | |
| | Defendant Ward, Geoff; | |
| | Defendant Weaver, Judge; | |
| | Defendant Wolford, Lisa; | |
| | Defendant Young, Jane | |

| 11/06/2022 | Obj-Motion to Reconsider | Index # 122 |
|---|---|---|
| | *10-17-22 Order - Defs John C James H Brian N Nicole S and Mark P* | |

| 11/07/2022 | Motion | Index # 123 |
|---|---|---|
| | *to Add Information to Motion to Reconsider - Plf* | |

| 11/07/2022 | Other | Index # 124 |
|---|---|---|
| | *Additional Information* | |

| 11/07/2022 | Motion to Dismiss | Index # 125 |
|---|---|---|
| | *various parties from the case-plf* | |

| 11/07/2022 | Obj-Motion to Reconsider | Index # 126 |
|---|---|---|
| | *-Defs James B and Stephen C* | |
| | Party:   Defendant Brace, James; | |
| | Defendant Case, Sargent | |

| 11/07/2022 | Response to Objection | Index # 127 |
|---|---|---|
| | *to Recon Order re County Defs -Plt* | |

| 11/07/2022 | Other | Index # 128 |
|---|---|---|

Printed on 05/30/2023 at 4:05 PM

**Hillsborough North**

## Case Summary

### Case No. 216-2022-CV-00427

*Attachment to Response to Obj to Mo to Recon - Plt*

| | | |
|---|---|---|
| 11/07/2022 | Motion for Late Entry<br>*of Mo to Reconsider - Plt* | Index # 129 |
| 11/09/2022 | Motion<br>*for a Restraining Order re Chief James Brace - Plt* | Index # 131 |
| 11/09/2022 | Other<br>*Attachment to Mo - Plt* | Index # 132 |
| 11/09/2022 | Other<br>*Attachment to Mo - Plt* | Index # 133 |
| 11/09/2022 | Other<br>*Attachment to Mo - Plt* | Index # 134 |
| 11/10/2022 | Court Order    (Judicial Officer: Nicolosi, Diane M)<br>*on Motion for Clarification - Judicial Dfts Dismissed (Env 2673100)* | Index # 130 |
| 11/17/2022 | Obj-Motion<br>*to Add Additional Information-County Def's* | Index # 135 |
| 11/22/2022 | Granted    (Judicial Officer: Nicolosi, Diane M)<br>*Env 2690130* | |
| 11/22/2022 | Denied    (Judicial Officer: Nicolosi, Diane M)<br>*Env 2690130* | |
| 11/22/2022 | Denied    (Judicial Officer: Nicolosi, Diane M)<br>*Env 2690130* | |
| 11/22/2022 | Moot    (Judicial Officer: Nicolosi, Diane M)<br>*Env 2690130* | |
| 09/08/2022 | **Voluntary Non-Suit**  (Judicial Officer: Nicolosi, Diane M)<br>Judgment ( $0.00 , In Full , as to Patrick Queenan and Pamela Coughlin ONLY) | |
| 12/27/2022 | **Dismissed**  (Judicial Officer: Nicolosi, Diane M) | |

Printed on 05/30/2023 at 4:05 PM