Hillsborough North

# Case Summary

Case No. 216-2023-CV-00218

| | | |
|---|---|---|
| **Rochelle Pouget v James Beard, JR, et al** | § § § | Location: **Hillsborough North** <br> Judicial Officer: **Messer, Amy B** <br> Filed on: **04/03/2023** |

---

## Case Information

Case Type: **Restraining Order**
Case Status: **04/03/2023 Pending**

## Assignment Information

**Current Case Assignment**
Case Number    216-2023-CV-00218
Court          Hillsborough North
Date Assigned  04/03/2023
Judicial Officer  Messer, Amy B

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Pouget, Rochelle** | Pro Se <br> (603)213-1741(H) |
| **Defendant** | **Beard, James JR** | Pro Se <br> 603-351-8461(H) |
| | **Brace, James JR** | Sullivan, Timothy Joseph ESQ <br> *Retained* <br> 603-224-7791(W) |
| | **Case, Stephen** | Sullivan, Timothy Joseph ESQ <br> *Retained* <br> 603-224-7791(W) |
| | **Coughlin, John** | Kirby, Carolyn M ESQ <br> *Retained* <br> 603-627-5628(W) |
| | **Crusco, Kysa M** | Crusco, Kysa M. ESQ <br> *Retained* <br> 603-627-3668(W) |
| | **Loveless, Timothy** | Sullivan, Timothy Joseph ESQ <br> *Retained* <br> 603-224-7791(W) |

## Events and Orders of the Court

| | | |
|---|---|---|
| 04/03/2023 | Complaint - Civil <br> *Restraining Order* | Index # 1 |
| 04/03/2023 | Appearance <br> *of Pro Se Plt* | Index # 2 |
| 04/03/2023 | Affidavit | Index # 3 |

# Case Summary

### Case No. 216-2023-CV-00218

*Non-Lawyer Affidavit obo Danielle Coburn*

| | | |
|---|---|---|
| 04/03/2023 | Ex Parte Motion<br>-Plt | Index # 4 |
| 04/03/2023 | Temporary Restraining Order   (Judicial Officer: Messer, Amy B)<br>No Ex Parte Relief. Hearing in next 10 days. (Env 2911481) | Index # 5 |
| 04/04/2023 | Summons on Complaint<br>(Env 2911481) | Index # 6 |
| 04/04/2023 | Motion to Compel<br>Plf | Index # 7 |
| 04/04/2023 | Other<br>attachment to mo to compel | Index # 8 |
| 04/04/2023 | Other<br>attachment to mo to compel | Index # 9 |
| 04/04/2023 | Other<br>attachment to mo to compel | Index # 10 |
| 04/06/2023 | Appearance<br>of Timothy J Sullivan for James Brace, Stephen Case and Timothy Loveless | Index # 11 |
| 04/06/2023 | Motion<br>to Waive Appearance or Appear Telephonically of Def Loveless | Index # 12 |
| 04/06/2023 | Appearance<br>of Kysa Crusco for Herself<br>Party:   Defendant Crusco, Kysa M | Index # 13 |
| 04/06/2023 | Appearance<br>of Carolyn Kirby for John Coughlin<br>Party:   Defendant Coughlin, John | Index # 14 |
| 04/06/2023 | Motion to Dismiss<br>County Attorney Coughlin<br>Party:   Defendant Coughlin, John | Index # 15 |
| 04/06/2023 | Motion to Dismiss<br>Defs Brace, Loveless and Case | Index # 16 |
| 04/06/2023 | Affidavit<br>of James Brace | Index # 17 |
| 04/07/2023 | Return of Service<br>on Defs | Index # 18 |
| 04/07/2023 | Obj-Motion<br>to Dismiss -Plt | Index # 19 |
| 04/07/2023 | Obj-Motion to Dismiss<br>-Plt | Index # 20 |
| 04/10/2023 | **Hearing on Petition**  (2:30 PM)   (Judicial Officer: Nicolosi, Diane M)<br>Taken Under Advisement | |
| 04/10/2023 | Exhibit List<br>marked 04/10/2023.All exhibits on Caselines | Index # 21 |
| 04/10/2023 | Court Order   (Judicial Officer: Nicolosi, Diane M)<br>MTDs to be addressed before scheduling any hg or addressing Mo to Compel. Thereafter, a final hg for any remaining claims (Env 2923959 and us mail to James Beard and Kysa Crusco) | Index # 22 |
| 04/10/2023 | Motion to Compel<br>the GAL Board to release the GAL File -Plt | Index # 23 |
| 04/10/2023 | Other<br>Attachment to Mo to Compel -Plt | Index # 24 |

# Case Summary

### Case No. 216-2023-CV-00218

| Date | Entry | Index |
|---|---|---|
| 04/10/2023 | Motion to Dismiss<br>*Def Kysa Crusco*<br>Party: Defendant Crusco, Kysa M | Index # 25 |
| 04/10/2023 | Motion for Attorney Fees<br>*Def Kysa Crusco*<br>Party: Defendant Crusco, Kysa M | Index # 26 |
| 04/11/2023 | Answer<br>*Bench Trial - James Beard Jr* | Index # 27 |
| 04/11/2023 | Appearance<br>*of James Beard Jr Pro Se* | Index # 28 |
| 04/11/2023 | Email-Address Notification or Change<br>*James Beard Jr* | Index # 29 |
| 04/11/2023 | Motion to Reconsider<br>*Plf* | Index # 30 |
| 04/11/2023 | Other<br>*motion to reconsider continued* | Index # 31 |
| 04/11/2023 | Motion to Strike<br>*Answer of James Beard-Plf* | Index # 32 |
| 04/12/2023 | Motion for Attorney Fees<br>*Defs Brace, Case and Loveless* | Index # 33 |
| 04/12/2023 | Motion to Dismiss<br>*Plf* | Index # 34 |
| 04/12/2023 | Obj-Motion for Attorney Fees<br>*filed by Kysa Crusco-Plf* | Index # 35 |
| 04/12/2023 | Obj-Motion for Attorney Fees<br>*filed by Brace, Case and Loveless* | Index # 36 |
| 04/19/2023 | Obj-Motion to Dismiss<br>*Def John Coughlin*<br>Party: Defendant Coughlin, John | Index # 37 |
| 04/19/2023 | Obj-Motion to Reconsider<br>*Def John Coughlin*<br>Party: Defendant Coughlin, John | Index # 38 |
| 04/19/2023 | Response<br>*to Plf MTD Complaint-Defs Brace, Loveless and Case* | Index # 39 |
| 04/20/2023 | Response<br>*to Response to MTD Complaint-Plf* | Index # 40 |
| 05/02/2023 | Objection<br>*Def Kysa Crusco*<br>Party: Defendant Crusco, Kysa M | Index # 41 |