U.S. District Court

District of New Hampshire
55 Pleasant Street
Concord, NH 03301
https://www.nhd.uscourts.gov/

Case Name: Pouget v. Crusco et al

Case Number: 1:22-cv-00382-SM

## **MOTION for EMERGENCY EVIDENTIARY HEARING and MOTION TO OBJECT TO MOTION(S) TO DISMISS, MOTION to PROVIDE NEW EVIDENCE OF FRAUD (REAL ESTATE AND INSURANCE), MOTION TO ADD DEFENDANT, and MOTION FOR ADDITIONAL TIME TO HAVE DEFENDANTS SERVED**

I, Rochelle Pouget, pro se litigant and Plaintiff, who is under extreme stress suffering from anxiety, depression, and PTSD from being abused for so long by this process, am filing this Motion to for an Emergency Evidentiary Hearing based on new evidence, a Motion to Object to any/all Motions filed by Kysa Crusco and/or 20 Lincoln Drive to Dismiss this case before an evidentiary hearing is held, a Motion to add additional and new evidence, and a Motion to Add Linda Nutter Krantz of Allstate Insurance as a Defendant. I am filing this Emergency Motion to provide new evidence of Insurance Fraud involving Salem Five Bank, Remax, San Ken Homes, and Allstate which is tied to the Real Estate Fraud involving my late ex-husband, Kysa Crusco, Patricia Murphy, Philip Cross, Pamela Coughlin, Mark Campbell, Mitch Utell, Jim Orgochock, John F. Bisson, Sherry Bisson (not related), judge King the Probate judge in Nashua and administrative judge in Goffstown Family Courts and Gloria Gidari the deputy court clerk in Goffstown who is enabling all of this, as well as Judge Gorman.

## The facts supporting this Motion are as follows:

1. New evidence has surfaced over the past month involving the Meghan Bangs at Remax, her grandparents, Sandra and Kenneth Lehtonen who own San-Ken Homes and created 20 Lincoln Drive to cover up their fraudulent actions and crimes, Allstate's Linda Nutter Krantz, who are stealing my home and hijacked my private homeowner's insurance with Allstate.

2. They (20 Lincoln Drive, Meghan Bangs, Francis Nolan at Harmon Law and Linda Nutter Krantz at Allstate are ALL related to each other and/or friends. The people at Salem Five and/or Harmon Law office who represents Salem Five are now involved in insurance fraud with Linda Nutter Krantz from Allstate and 20 Lincoln Drive, which is really Sandra Lehtonen from Remax, her granddaughter Meghan Bangs who works for Remax, Sandra's husband Kenneth Lehtonen, because they want to flip my home and sell it from underneath me because it's in the Waldorf Estates in New Boston and there are homes going for over a million in the Waldorf Estates. My home loan was current when this all started in May 2019 and I should have been able to refinance it immediately after my husband died because the Quit Claim Deed was illegally and fraudulently registered when it was required to be held in Escrow by attorney Patricia A. Murphy at Raimo and Murphy in Manchester and then it was required to be returned to the Goffstown Family Courthouse when she retired. That didn't happen due to this intentionally fraud and it is all backfiring on them because my husband died and I was not going to allow them to bully me into bankruptcy. I was approved for a loan modification by Salem Five prior to this happening and Salem Five needed to fix their loan documents because they put the wrong name. My attorney sent them an email stating that and other issues with the loan

that needed to be corrected. They never corrected their mistakes on the loan. Instead, Paul Talkowski at Salem Five and Francis Nolan at Harmon Law Offices, colluded with others to sell my marital residence at an auction after they intentionally listed the wrong deed to cover up Real Estate Fraud that was being addressed in Probate Court, Superior Court and Federal Court as there were multiple pending hearings in those various courts and they were all perfectly aware of them.

3. They ALL are involved in intentionally listing the wrong deed in the Union Leader and in the Eviction and Landlord Tennant case that Gorman is enabling in Goffstown Family court while she is obstructing justice in a case being held against me by the NBPD. I already asked Gorman under oath about the white out in my file on her court order and she refused to comment. I requested the ORIGINAL bodycam evidence of crimes committed against me that have yet to be investigated and she is obstructing those from me. I can't even defend myself or prove that Chief Brace and Sgt. Tim Loveless have intentionally lied on an arrest report about what is on their body cam footage of me. It was taken before they arrested me and they are covering up their actions and their false statements on police reports.

4. The people at San Ken Homes, Remax, Salem Five, Harmon Law Offices, and now Allstate are all in collusion and I believe it is Francis Nolan at Harmon Law office who listed the wrong deed in the union leader. He represents my lender Salem Five. The Bangs, Nolans, Nutters, and Lehtonens all have a familial and/or personal connection and 20 Lincoln Drive LLC is what they are using to cover up all this Real Estate Fraud and Insurance Fraud.

5. I'm including a copy of an affidavit I wrote up to help explain why I need an emergency evidentiary hearing. I am too sick to continue this battle alone and I am being targeted by very powerful and wealthy people. This is destroying my health and I can prove that too.

6. My 15 year old daughter will testify under oath about all of the issues with Kysa Crusco and Chief Brace covering up abuse. I intend to have Dr. Doug Johnson, Dr. Tsvirko, Lynn Killkelly, members of my family and my ex-husband's family, including my mom, my son, my daughter, my step-son, his mother, both of his brothers, and my ex-husband's girlfriend after I divorced my husband to testify and that is the short list. I will bring in Dr. Taracena my daughter's therapist to confirm Kysa had a conversation with him the same day my parental rights were attacked and she didn't like what he said, so she lied about it and Philip Cross signed off on it. There is white out on that Order too and 3 different copies of the same Order (in the case file) with different stamps and/or no stamp at all from the Goffstown Courthouse as received.

7. Kysa Crusco has filed a Motion to dismiss this case and she has lied in her Motion to make it appear as though I've filed multiple frivolous complaints against her, which isn't the case at all, I just have been afforded an evidentiary hearing (not even by the Superior Court Judge) to prove she is a fraud and a con artist and she is harming children in this state for profit and lying about it on her Motions to Dismiss.

8. I'm filing this Motion on my own behalf and I am a person authorized by court rules to appear on behalf of my minor child. I am filing this Motion on behalf of my minor child as well.

9. I object to any/all Motions to Dismiss filed by Kysa Crusco, Salem Five, Harmon Law Offices, and 20 Lincoln Drive based on information contained in this Motion and the attached affidavit.

10. Salem Five and 20 Lincoln Drive have colluded to steal my home from me and new evidence has surfaced that they hijacked my private Allstate insurance plan and have been using the escrow funds from my marital residence to pay the insurance after someone at Salem Five changed the billing address to Salem Five and stopped my automatic payments.

11. The owners/members of 20 Lincoln Drive LLC have an attorney who filed a Motion in Goffstown Family Court AFTER the Federal Restraining Order was issues and most recently filed a Motion after they were served and acknowledged they were served in this Federal Lawsuit. They are claiming it doesn't matter that they are in collusion with Salem Five to steal our home, and apparently the Federal Restraining Order Motion doesn't prevent them from doing so.

12. Most of the defendants in this case have been served but I just received a phone call from a woman at the address I had on file for Patricia Murphy and she claims she was served and the documents are not for her. I now have to have Patricia Murphy served in person at another home listed online that she owns. I have not had a chance to have Philip Cross served as he apparently lives out of state in Maine. I am going to have him served at the DOJ instead, because Jill

Perlow at the DOJ accepted the last service on his behalf. I will need time to have Linda Nutter Krantz served as well.

With these Motion(s) for an Emergency Evidentiary Hearing, Motion to Object to Motions to Dismiss, Motion to Add additional new evidence, Motion to add Defendant, and Motion for Additional Time to Serve, I request the following:

A. That this Court GRANT an immediate evidentiary hearing and award me my marital residence back free and clear of all debt owed on it, due to intentional GAL Abuse and Fraud, intentional abuse and fraud involving multiple lawyers and law enforcement officers, intentional Real Estate Fraud involving my late ex-husband, Kysa Crusco, Patricia A. Muprhy, Mark Campbell, Mitch Utell, Jim Ogorochock, Philip Cross, Gloria Gidari, Suzanne Gorman, Sandra and Kenneth Lehtonen of Remax and San-Ken Homes, Meghan Bangs at Remax New Ipswich, Francis Nolan at Harmon Law Offices and Salem Five, intentional insurance fraud involving Linda Nutter Krantz at Allstate, Salem Five, Francis Nolan at Harmon Law Offices, Sandra Lehtonen of Remax and San-Ken Homes and Kenneth Lehtonen of San Ken Homes.

B. That all of the Original Body Cam recordings of me from January 2023 on recorded y the NBPD be released to me immediately, including body cam footage that I have not requested yet and body cam footage that I have requested that is being held to obstruct justice and cover up felonies that two NBPD Officers committed. There are

more felonies involving the lobby videos, so I am putting in a request to show the judge those videos at this evidentiary hearing.

C. That the owners of 20 Lincoln Drive LLC, Kysa Crusco, and the NBPD be restrained from filing any other Motions in Family Courts in this case as there is already a Federal case pending to address their fraudulent and criminal actions, not to mention their intentional violations of my daughter's Constitutional Rights and mine.

D. That any/all Orders Suzanne Gorman wrote in the landlord/tenant case be dismissed and stricken from the record based on her involvement in covering up judicial fraud and law enforcement crimes against me.

E. That Linda Nutter Krantz and Allstate should be added to this case as defendants and required to pay me $1,000,000.00 in damages and for personal health related injuries for their intentional psychological abuse and fraud.

F. That all of Kysa Crusco's Motions be dismissed.

G. That additional time be GRANTED to allow for service to Patricia A. Murphy, Philip Cross, and Linda Nutter Krantz as new information of fraud and abuse keeps pouring in and I'm struggling to keep up with it.

H. AND GRANT any other relief this court deems just and necessary.

With GREAT RESPECT for the Constitution of the United States of America, I submit this request.

Respectfully,

*Rochelle Pouget*
Rochelle Pouget
Pro Se Litigant on behalf of myself and my minor child

20 Lincoln Drive
New Boston, NH 03070

I state that on this date, May 31, 2023, I am providing the following people a copy of this Motion electronically to the emails of those who have already been served. I will send a hard copy to them if requested to do so.

May 31, 2023

Rochelle Pouget

*Rochelle Pouget*

Pro Se Litigant