Brian J Taracena PsyD

8/27/2014 - Phone call - Dad (James) contacted The Counseling Center and spoke to an administrative staff member with concerns that Dr. Taracena advised that mom file a report with DCYF the day prior. The administrative staff member let Dad know that Dr. Taracena was out of the office, and that she would have this writer contact dad. This writer contacted Dr. Taracena for guidance. Dr. Taracena advised this writer to contact dad and discuss the conversation he had with mom as indicated in his note below. This writer contacted dad and explained that Dr. Taracena explained the criteria for a report to be filed, and explained that mom should, if she felt necessary, call DCYF to inquire "about what provisions they would suggest that would prevent further contact between them [her daughter and the other child involved]."

Brian J Taracena PsyD

Date: 08/28/2014
Time: 10:15
Service: phone outreach.

Spoke with GAL regarding phone call Kysa Crusco GAL regarding my conversation with Rochelle.

NEW BOSTON POLICE DEPARTMENT
116 Old Coach Road
P.O. Box 338
New Boston, NH 03070

Rochelle Pouget
20 Lincoln Drive
New Boston, NH 03070