UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Rochelle Pouget**
Plaintiff(s)/United States

v.                                                Case No. **1:22-cv-00382SM**

**Kysa Crusco et al**
Defendant(s)

NOTICE OF CONVENTIONAL FILING

Please take notice that [Plaintiff/United States/Defendant, Name of Party] **Rochelle Pouget** has conventionally filed the following attachment or exhibit: **thumb drive**.

This attachment or exhibit has not been filed electronically because:

Date: **5/31/23**

/s/ [Name of Password Registrant]
[Name of Password Registrant]
[Bar Number]
[Law Firm Name]
[Street Address]
[City, State, Zip Code]
[Phone (999)999-9999]
[Email Address]

*Rochelle Pouget*