## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
************************************ *
Rochelle Pouget                      *
                                     *
Petitioner                           *
                                     *   Civil No. 1:22-cv-00382-SE
v.                                   *
                                     *
John Coughlin, County Attorney, et al *
                                     *
Respondent                           *
                                     *
                                     *
**************************************
```

### APPEARANCE

    In the above entitled matter please enter my Appearance as Counsel for Hillsborough County Attorney John Coughlin.

DATED: May 30, 2023　　　　　　　　　　Respectfully submitted,

                                               /s/Carolyn M. Kirby
                                               By: Carolyn M. Kirby, Esquire
                                               329 Mast Road
                                               Goffstown, NH 03045
                                               Tel. 603-627-5628
                                               NH Bar # 7907
                                               ckirby@hcnh.org

### CERTIFICATION

    I hereby certify that a copy of the within Appearance has been forwarded to all parties of record via the Court's electronic filing system.
    .

                                               /s/Carolyn M. Kirby
                                               Carolyn M. Kirby, Esquire