FILED - USDC -NH
2023 JUN 2 AM 11:23

U.S. District Court

District of New Hampshire
55 Pleasant Street
Concord, NH 03301
https://www.nhd.uscourts.gov/

Case Name: Pouget v. Crusco et al

Case Number: 1:22-cv-00382-SM

MOTION TO ADD NEW INFORMATION and MOTION TO REMOVE MY MINOR CHILD
FROM THIS CASE

I, Rochelle Pouget, pro se litigant and Plaintiff, am filing this Motion to add new information
pertaining to Real Estate and Insurance Fraud and to remove my minor child from this Federal
Complaint and lawsuit.

I'm filing this Motion on my own behalf and I am a person authorized by court rules to appear
on behalf of my minor child. I am filing this Motion on behalf of my minor child as well.

The facts supporting this Motion are:

1.  New information regarding Real Estate Fraud, collusion, and Insurance fraud has

    surfaced and I need the judge to see it before he rules on the Motions to Dismiss that

    are being filed. It appears the attorney for the NBPD and John Coughlin feel they

    don't have to notify me by mail or email that they've filed Motions to Dismiss on

    May 26th I believe because I'm enrolled in the Pacer electronic system. Well that is

    news to me, so I haven't even seen John's Motion to Dismiss nor do I know who is

    representing him. I don't know how to use the Pacer system properly, I have not had

    time to train myself or have anyone train me because I'm too busy fighting off bogus

    arrests and stalking petitions filed against me by the NPBD and Kysa Crusco to shut

    me up.

2. I would like to remove my minor child from this case because I'm pretty sure I have gathered and submitted enough evidence to the NH AG's Public Integrity Unit and the FBI to last them a lifetime and I don't need to sue these people on my daughter's behalf yet, we will wait until she is 18 in three years if these people don't kill us first. My daughter is afraid too because she is a witness and can put a lot of people behind bars if anyone would bother to interview her or allow her to testify in this Federal case.

With this Motion to ADD new evidence, I request the following:

A. That this Court allow me to present this new evidence to add to the already existing Federal Complaint for a restraining order to stop this before it happened, but was denied on an EX PARTE basis for whatever reason.

B. That this court remove my minor child from this Federal Complaint at this time to allow her to file her own complaint after she has reached the age of 18 because I'm sure this will be affecting her for many years to come, if she loses the house she was raised in since birth, and we have to give up our pets to find another place in the district to live because we don't have any family members in this state after my husband lied to me to get me to move thousand of miles away from my family, to financial prey on me and defraud them from a distance. Good times America, feels more like China to me, just saying.

C. AND GRANT any relief this Court deems necessary and fit for these Constitutional attacks on parental rights for profit.

With GREAT RESPECT for the Constitution of the United States of America, I submit this request.

Respectfully,

Rochelle Pouget

Rochelle Pouget
Pro Se Litigant on behalf of myself and my minor child
20 Lincoln Drive
New Boston, NH 03070

I state that on this date, June 2, 2023, I am providing Kysa Crusco, the NBPD, Town of NB, the owners of 20 Lincoln Drive LLC and San Ken Homes Sandra Lehtonen and Kenneth Lehtonen, and Kenneth Lehtonen Jr., Joseph Ribsam former director of DCYF, Ping Yin Chai of Salem Five, Francis J. Nolan of Harmon Law Offices, the following a copy of this Motion electronically to the emails of those who have already been served. I will send a hard copy to them if requested to do so by this court.

June 2, 2023

Rochelle Pouget

Pro Se Litigant

And on behalf of my minor child

20 Lincoln Drive

New Boston, NH 03070