*Rochelle Pouget* ":)"

I have now pressed charges of criminal and intentional Real Estate Fraud and Insurance fraud against Ms. Bangs at Remax in New Ipswich, her grandmother Sandra Lehtonen at Remax and San Ken Homes in New Ipswich, her grandfather Kenneth Lehtonen, and the other Kenneth Lehtonen who are seriously trying to steal my home while I'm already fighting Real Estate Fraud battle and have pressed criminal Real Estate Fraud charges against Pamela Coughlin, Mark Cambell, Mitch Utell, Jim Ogorchock, Judge Philip Cross, Kysa Crusco, Patricia A. Murphy, Judge Suzanne Gorman. I had to press charges against Chief James Brace, Sgt. Aiken, Sgt. Loveless, and now Linda Nutter Krantz at Allstate in Londonderry. I have to go to MA after this to press criminal intentional Real Estate and Insurance Fraud charges against Francis J. Nolan at Harmon Law Offices who represents my lender in MA Salem Five. Then I get to press charges against the geniuses at Salem Five who didn't want to refinance my home in 2019 when my husband died because he missed one payment when he was dying of cancer and he had destroyed my credit. Then when I went around the refinance process at Salem Five and received help from their loan modification department and was pre-approved for assistance from HAF to get caught up on payments I missed when I had to go on permanent medical disability from all the stress this crap has caused me over the past 20 years because nobody and I mean nobody bothered to contact my husband's family or mine to see if he had issues with defrauding people and lying and depression. Nice!

Then, when Salem Five is aware there is an issue with Real Estate Fraud involving the Quit Claim Deed to my home, there are pending Motions in Probate, Superior, AND Federal Court, they think it's okay to swoop in with their relatives and/or friends in a town I used to teach in to screw me over, steal my home, and make me pay $3000.00 to the people who are committing Real Estate Fraud and Insurance Fraud and I have the hard irrefutable proof

and have been gathering it and keeping my mouth shut and taking it FOR HOW MANY YEARS before I started to go public about all this corruption. God keeps sending me the evidence and I am more than happy to expose and nail these people one at time if they want to commit crimes against my child and me and violate our Constitutional Rights. Hit me with your best shot! It will deflect right back in their ignorant, selfish, lazy, unprofessional, biased, narcissistic, greedy faces and they will all go down the Hall of Shame in the Real Estate, Insurance, Law Enforcement, and Judicial land, not me.

Please know that I am being protected and those who are protecting us are packing 24/7, so if my government doesn't want to protect us, then I will find someone who will and I have. If they think you are going to harm my daughter and me, we have security cameras and plenty of people in law enforcement agencies scattered across NH who have retired and know plenty of people who are PI's who are now helping too. One of them even knows Chief Brace and can't stand him, so I know he's a good guy.

The FBI needs to ACT NOW before some idiot tries to take me out to shut me out and gets his ass taken out first, just saying. I am not going to shut up and nobody is going to take us out, without getting killed first or caught on camera. This is a WAR on our children and I've already started speaking to the military if the FBI, Governor Sununu, the NH DOJ AG's Public Integrity Unit doesn't force John Coughlin to step down and start arresting these criminals with power who are fleecing American families so they can retire to their beach houses and allow their tail insurance to cover it.  I AM NOT ONE TO BACK DOWN TO BULLIES and I don't give a flying you know what who the hell you are or how wealthy you are or how powerful you think you are. If you are going to try and crush a teacher and a little girl like this, you will lose. The evidence will either be allowed to be heard in court once and

for all, or it will be seen on social media for the rest of the world to see what is going on here. These people aren't Patriots, Republicans, Democrats, Independents, or anything else. They are con artists abusing American families and if the judge reading this isn't going to give me a hearing to expose this, then I will have lost all faith in our justice system and that is sad, because I love history, I taught history, and I am a huge fan of the Constitution with a relative who fought in the Revolutionary War. So basically, he fought in that war for nothing at this point, because these people are TRAMPLING on Constitutionally Protected Rights and they are using our children to do so.

6/2/23

Rochelle Pouget
20 Lincoln Drive
New Boston, NH 03070
Pro se
603 213 1741