UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rochelle Pouget
Plaintiff(s)/United States

v.   Case No. 1:22-CV-00382-SM

Kysa Crusco et al
Defendant(s)

NOTICE OF CONVENTIONAL FILING

Please take notice that [Plaintiff/United States/Defendant, Name of Party] has conventionally filed the following attachment or exhibit: Goffstown Family Court hearing for RO Case 638-2013-DV-21 Discs.

*911 Recordings intentionally not ordered by Chief Brace 1-2 for this from March 9, 2013 to March 28, 2013 when he finalled submitted the request.

This attachment or exhibit has not been filed electronically because:

↓ EVIDENCE OF OBSTRUCTION OF JUSTICE + NEGLECT OF a Child who was BEING Choked By her father During his mental health crisis that they were helping to hide from the Courts.

* Paw Moore was the judge in collusion + has been disbarred for something else already.

Date: 6/2/23

Rochelle Pouget
/s/ [Name of Password Registrant]
[Name of Password Registrant]
[Bar Number]
[Law Firm Name] Pro Se
[Street Address] 20 Lincoln Dr.
[City, State, Zip Code] New Boston, NH 03070
[Phone (999)999-9999] 603-213-1741
[Email Address] teacher88r@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

[Name and Address of Person(s) Served]

Date: 6/2/23

*Rochelle Pouget*
/s/ [Name of Password Registrant]
[Name of Password Registrant]
[Bar Number]
[Law Firm Name]   Pro Se
[Street Address] 20
[City, State, Zip Code]
[Phone (999)999-9999]
[Email Address]