UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rochelle Pouget
Plaintiff(s)/United States

v.                                                  Case No. 1:22-cv-00382-SM

Kysa Crusco et al
Defendant(s)

NOTICE OF CONVENTIONAL FILING

Please take notice that [Plaintiff/United States/Defendant, Name of Party] has conventionally filed the following attachment or exhibit: Disc of Stalking Petition hearing that Kysa Crusco filed against me, to shut me up. Case 456-23-cv-31

This attachment or exhibit has not been filed electronically because: Judge Chabot

Date: 6/2/23

/s/ Rochelle Pouget
[Name of Password Registrant]
[Bar Number]
[Law Firm Name] Pro Se
[Street Address] 20 Lincoln Dr
[City, State, Zip Code] New Boston, NH 03070
[Phone (999)999-9999] 603-213-1741
[Email Address] teacher88r@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

[Name and Address of Person(s) Served]

Date: 6/2/23

/s/ Rochelle Pouget
[Name of Password Registrant]
[Name of Password Registrant]
[Bar Number]
[Law Firm Name] Pro Se
[Street Address] 20 Lincoln Dr.
[City, State, Zip Code] New Boston, NH 03070
[Phone (999)999-9999] 603-213-1741
[Email Address] teacher88r@gmail.com