## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **ROCHELLE POUGET,** )<br>**Plaintiff,** )<br>  )<br>**v.** )<br>  )<br>**KYSA CRUSCO, et al,** )<br>**Defendants** )<br>  ) | **CIVIL ACTION NO.**<br>**22-CV-00382-SM** |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of the Defendants, Salem Five Bank and Harmon Law Offices, P.C. a/k/a Francis Nolan Harmon Law Offices, in the above-captioned matter.

                                                Respectfully submitted,
                                                **SALEM FIVE BANK and HARMON LAW**
                                                **OFFICES A/K/A FRANCIS NOLAN**
                                                **HARMON LAW OFFICES**
                                                By their Attorney,

                                                */s/ Thomas J. Santolucito*
                                                Thomas J. Santolucito, Esq.
                                                NH Bar ID# 15166
                                                Harmon Law Offices, P.C.
                                                150 California Street
                                                Newton, MA 02458
                                                Direct:  (617) 558-8437
                                                Fax:     (617) 244-7304
Dated: June 6, 2023                          tsantolucito@harmonlaw.com

## **CERTIFICATION**

      I, Thomas J. Santolucito, hereby certify that on this 6th day of June 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. I further certify that a paper copy has also been sent to the following party by first class mail, postage prepaid:

Rochelle Pouget
20 Lincoln Dr.
New Boston, NH 03070

                                                                  */s/ Thomas J. Santolucito*
                                                                  Thomas J. Santolucito, Esq.