**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| ROCHELLE POUGET, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **22-CV-00382-SM** |
| KYSA CRUSCO, et al, | ) | |
| Defendants | ) | |
| | ) | |

**MOTION TO DISMISS**

Now come the Defendants Salem Five Bank and Harmon Law Offices a/k/a

Francis Nolan Harmon Law Offices, and move this Court to dismiss the Plaintiff's

Amended Complaint against them, pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure.  In support of their motion, Salem Five Bank and Harmon Law

Offices a/k/a Francis Nolan Harmon Law Offices incorporate and refer the Court to

their Memorandum of Law, filed herewith.

WHEREFORE, Defendants Salem Five Bank and Harmon Law Offices a/k/a

Francis Nolan Harmon Law Offices respectfully request that the Plaintiff's Amended

Complaint be dismissed against them, with prejudice.

Respectfully submitted,
**SALEM FIVE BANK and HARMON LAW**
**OFFICES A/K/A FRANCIS NOLAN**
**HARMON LAW OFFICES**
By their Attorney,

*/s/ Thomas J. Santolucito*
Thomas J. Santolucito, Esq.
NH Bar ID# 15166
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
Direct:  (617) 558-8437
Fax:     (617) 244-7304
tsantolucito@harmonlaw.com

Dated: June 6, 2023

## **CERTIFICATION**

I, Thomas J. Santolucito, hereby certify that on this 6ᵗʰ day of June 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.   I further certify that a paper copy has also been sent to the following party by first class mail, postage prepaid:

Rochelle Pouget
20 Lincoln Dr.
New Boston, NH 03070

*/s/ Thomas J. Santolucito*
Thomas J. Santolucito, Esq.
