UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| Rochelle Pouget | : | |
| | : | |
| v. | : | Civil Action No. 22-cv-00382-SM |
| | : | |
| Kysa Crusco, et al. | : | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Defendants, Town of New Boston, James R. Brace and Timothy Loveless file this Supplemental Certificate of Service to verify that they served Doc. Nos. 18, 28, 28-1, 29 and 29-1 which were filed through the Court's ECF filing system on May 18 and May 26, respectively, were sent to Plaintiff Rochelle Pouget and Defendant Kysa Crusco via first class mail this day.

Respectfully submitted,

**TOWN OF NEW BOSTON,
JAMES R. BRACE and TIMOTHY LOVELESS**

By their Attorneys,

CULLEN COLLIMORE SHIRLEY PLLC

Dated: June 7, 2023      By: /s/ Brian J.S. Cullen
Brian J. S. Cullen, NH Bar # 11265
37 Technology Way, Suite 3W2
Nashua, NH  03060
(603) 881-5500
bcullen@cullencollimore.com

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has this date been forwarded by first class mail to Rochelle Pouget at 20 Lincoln Drive, New Boston, New Hampshire and Kysa Crusco at 24 Eastman Avenue, Suite C4, Bedford, New Hampshire .

Dated:  June 7, 2023       By: /s/ Brian J.S. Cullen
                Brian J.S. Cullen