# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
************************************ *
Rochelle Pouget                      *
                                     *
Petitioner                           *
                                     *    Civil No. 1:22-cv-00382-SE
v.                                   *
                                     *
John Coughlin, County Attorney, et. al. *
                                     *
Respondent                           *
                                     *
                                     *
**************************************
```

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Respondent, Hillsborough County Attorney John Coughlin, submits this supplemental certificate of service to verify that Documents 30, 30-1, 30-2, 30-3, 30-4 and 32 filed through the Court's ECF filing system were forwarded to all counsel of record via email on June 12, 2023 and June 13, 2023 and that Documents 30, 30-1, 30-2, 30-3, 30-4 and 32, filed through the Court's ECF filing system were also forwarded to the Plaintiff both via US Mail and email at "teacher88r@gmail.com" on June 12, 2023.

DATED: June 13, 2023             Respectfully submitted,

                                 Hillsborough County Attorney


                                  /s/Carolyn M. Kirby
                                 By: Carolyn M. Kirby, Esquire
                                 329 Mast Road
                                 Goffstown, NH 03045
                                 Tel. 603-627-5628
                                 NH Bar # 7907
                                 ckirby@hcnh.org

CERTIFICATION

    I hereby certify that a copy of the within Supplemental Certificate of Service has been forwarded via electronically to counsel of record and via email and US Mail to Rochelle Puget on this 13th day of June 2023.

                                                            /s/Carolyn M. Kirby
                                                             Carolyn M. Kirby, Esquire