FILED - USDC -NH
2023 JUL 7 AM 9:59

U.S. District Court

District of New Hampshire
55 Pleasant Street
Concord, NH 03301
https://www.nhd.uscourts.gov/

Case Name: Pouget v. Crusco et al

Case Number: 1:22-cv-00382-SM

### MOTION TO AMEND EXISTING FEDERAL MOTION TO AN EMERGENCY RESTRAINING ORDER/PROTECTIVE ORDER BASED ON NEW EVIDENCE OF FRAUD, ABUSE, GASLIGHTING, AND INTENTIONAL OBSTRUCTION OF JUSTICE

I, Rochelle Pouget, pro se litigant and Plaintiff, am filing this Motion to request that Federal Motion that is pending, be revised to an Emergency Restraining Order/Protective Order based on new evidence of intentional insurance fraud, intentional real estate fraud, intentional psychological abuse, and intentional obstruction of justice.

I'm filing this Motion on my own behalf and I am a person authorized by court rules to appear on behalf of my minor child. I am filing this Motion on behalf of my minor child as well.

The facts supporting this Motion are:

1. After I filed a Motion in this Court, requesting an emergency evidentiary hearing, which I'm told was denied apparently, but I've not seen or received a hard copy of the ORDER because I was in CA visiting my family. I did not receive a return phone call from the case manager handling Judge McAuliffe's cases either and I called and asked specific questions about my case that I needed answers to. I had to call back from CA today, July 6th, 2023 after I was informed by someone who was watching my dogs, that my child and I have been locked out of our home that had an ADT alarm system with cameras and we now have seven days to retrieve our belongings with someone representing 20 Lincoln Drive LLC present.
2. Apparently, it took seven Hillsborough County Sheriff's Officers to assist them with this eviction, even though my child and I are in CA and Chief Brace of the NBPD is colluding with the New Ipswich Police and the Hillsborough County Sheriff's Office on this.
3. I would like to reiterate I am a single mom living in a state with no family, other than my child and I am on permanent medical disability, dealing with an enormous amount of stress because a few bad cops and a bad GAL intentionally colluded with my (now

deceased ex-husband) and felt it would be okay to blow of domestic violence, including, but not limited to financial abuse, and then they took my child away and reduced my parntal rights to one hour a week supervised to force me into mediation because I had a 4 day hearing less than two months away and they knew my now deceased ex-husband's financial abuse and emotional and physical abuse towards my daughter and me was going to be heard by the judge and it would have been in writing on the transcripts.

4. Every single person in this state who could have done something and should have done something to protect my child and me have refused to investigate my case properly because they are covering up for those involved in the malfeasance and corruption in this state. They have refused to speak to my teenage daughter who can put Chief Brace and Kysa Crusco behind bars with her truth!
5. Every single agency in this state has refused to investigate the Quit Claim Deed Fraud that occurred in 2015, and things have spiraled down to the point that my daughter and I will be homeless in NH in 7 days.
6. Those agencies including, but not limited to the NBPD, Crusco Law Firm, DCYF, State Police, New Ipswich Police, Londonderry Police, NH FBI, NH DOJ, Hillsborough County Sheriff's Office, Hillsborough County AG's Office, NH AG's Public Integrity Unit, all failed to protect my child and me from my husband's abuses, which were many, Law Enforcement abuse, GAL abuse, Attorney abuse, Hillsborough County Recorder abuse, Hillsborough County Attorney General abuse, DOJ abuse, Attorney General abuse, Judicial Abuse, insurance fraud, real estate fraud, alleged multi-state racketeering involving Harmon Law Offices, Remax, Allstate, San Ken Homes, and Salem Five, and 20 Lincoln Drive LLC. The people who work at Allstate, Harmon Law Offices, Remax, Salem Five, San Ken Homes, and 20 Lincoln Drive LLC have personal and familial connections that I can prove because I worked as a first and third grade teacher in New Ipswich, which has a very large Finnish Community.

I Request the Following Relief on behalf of my minor child and I:

A. That this court restrain 20 Lincoln Drive LLC from evicting my child and I immediately and overturn the Goffstown Court Order, based on new evidence of insurance fraud and racketeering that has been reported to every agency in the state of NH who can arrest those at Salem Five, Harmon Law Offices, Remax, Allstate, San Ken Homes and 20 Lincoln Drive LLC.
B. That this court release the all employees at the Town of New Boston and all Selectboard members at the Town of New Boston, Hillsborough County AG John Coughlin, and Philip Cross from this lawsuit as I will be filing a separate lawsuit against them and claims against Surety Bonds when I have an attorney to represent my minor child and me. I am in the process of getting representation for both of us again.

C. That 20 Lincoln Drive pay me $50,000.00 immediately and that they produce all documentation pertaining to the purchase of my home, including home owner's insurance payments, bank statements proving they paid a mortgage, the original mortgage that they allegedly have in place, that is signed, dated, and stamped.
D. That the Court amend the Original Order to include Raimo and Murphy Law Firm as a defendant in this lawsuit.
E. That the NBPD be required to immediately turn over the original body cam videos from January 1, 2023 to the present where I've been recorded by them, so I can clear my name from their false police reports and get them to drop the bogus charges against me.
F. That this Court GRANT an immediate hearing where my daughter can testify about how this is affecting her and she can tell the truth under oath about what Chief Brace and Kysa Crusco, et al have done to her since she was 5 years old and how it's affected her.
G. AND GRANT any relief this Court deems necessary and fit for these Constitutional attacks on parental rights to commit real estate fraud and settle cases the non-judicial way in NH.

Respectfully,

*Rochelle Pouget*

Rochelle Pouget
Pro Se Litigant on behalf of myself and my minor child
20 Lincoln Drive
New Boston, NH 03070

I state that on this date, June 7, 2023, I am providing an electronic copy of this Motion to Kysa Crusco, Raimo and Murphy, Patrcia A. Murphy, the NBPD, Town of NB, the owners of 20 Lincoln Drive LLC and San Ken Homes Sandra Lehtonen, Kenneth Lehtonen, and Kenneth Lehtonen Jr., Joseph Ribsam former director of DCYF, Ping Yin Chai of Salem Five, Francis J. Nolan of Harmon Law Offices and I will send a hard copy to them if requested to do so by this court.

June 6, 2023

*Rochelle Pouget*

Rochelle Pouget

Pro Se Litigant
And on behalf of my minor child
20 Lincoln Drive
New Boston, NH 03070