```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Rochelle Pouget

    v.

                                           Case No. 22-cv-382-SM

Kysa M. Crusco, et al


## JUDGMENT

Judgment is hereby entered in accordance with the Order by Judge Steven J. McAuliffe dated August 3, 2023.

The prevailing parties may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                          By the Court:

                                                          /s/ Tracy A. Uhrin
                                                          Tracy A. Uhrin
                                                          Chief Deputy Clerk

Date: August 3, 2023

cc:   Rochelle Pouget, pro se
       All Counsel of Record